UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NWDC RESISTANCE, et al., | CASE NO. C18-5860JLR |
| Plaintiffs, | ORDER |
| v. | |
| IMMIGRATION & CUSTOMS ENFORCEMENT, et al., | |
| Defendants. | |

Before the court is the parties' stipulated motion to stay litigation for 90 days. (Stip. (Dkt. # 77).) The parties ask the court to stay this case for 90 days to allow them time to review the newly issued Guidelines for the Enforcement of Civil Immigration Law that are scheduled to go into effect on November 29, 2021, and to attempt to resolve this case through mediation. (*Id.* at 1-2.) As the parties recognize in their stipulation, pretrial deadlines are quickly approaching: expert disclosures are due on November 17, 2021; discovery motions are due by December 17, 2021; and the discovery completion

ORDER - 1

1  deadline is January 18, 2022.  (*Id.* at 3; 4/12/21 Sched. Ord. (Dkt. # 76)).)  All of these
2  deadlines—and, as a result, the parties' May 16, 2022 trial date—will be placed at risk by
3  a 90-day stay.  (*See* 4/12/21 Sched. Ord.)  Nevertheless, the court agrees that the parties
4  have shown good cause to stay this case for 90 days.  (*See generally* Stip.)  Therefore, the
5  court GRANTS the parties' stipulated motion to stay (Dkt. # 77); STAYS this matter for
6  90 days; and STRIKES the parties' May 16, 2022 trial date and associated pretrial
7  deadlines.  The court ORDERS the parties to file a joint status report regarding the status
8  of their efforts to resolve this matter no later than 90 days from the filing date of this
9  order.  If the parties indicate in their status report that they were unable to resolve this
10 matter, the court will set a new trial date and pretrial deadlines at that time.

    Dated this 26th day of October, 2021.

                                              JAMES L. ROBART
                                              United States District Judge