1

2

3

4

5

6

7    THE HONORABLE JAMES L. ROBART

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NWDC RESISTANCE and COALITION OF
ANTI-RACIST WHITES,

                    Plaintiffs,

        v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT, TAE D. JOHNSON, in his
official capacity as Acting Director of
Immigration and Customs Enforcement; and
ALEJANDRO MAYORKAS, in his official
capacity as Secretary of Homeland Security,

                    Defendants.

No. 3:18-cv-05860-JLR

**JOINT STATUS REPORT AND
MOTION**

**NOTED FOR CONSIDERATION,
January 24, 2022**

Plaintiffs La Resistencia (formerly NWDC Resistance) and Coalition of Anti-Racist

Whites ("CARW") and Defendants Immigration and Customs Enforcement ("ICE"), Acting

Director of ICE Tae D. Johnson, and Secretary of the Department of Homeland Security

Alejandro Mayorkas (collectively, "Defendants"), by and through their respective counsel,

pursuant to this Court's Order staying this matter for 90 days, Dkt. 78, jointly file this status

report and respectfully request additional time to work to resolve this matter.

Since this Court's Order, in November 2021, the parties held a meeting among Plaintiffs'

counsel, including a Plaintiff representative, and ICE leadership to discuss matters at issue in this

litigation and potential proposals for resolution.  The parties have selected a mediator and were

JOINT STATUS REPORT AND MOTION
(3:18-cv-05860-JLR) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    scheduled to conduct mediation.  The scheduled mediation was rescheduled following potential

2    Covid exposure for counsel.  At this time, counsel expect to hold mediation in early February.

3    Therefore, the parties respectfully request that this Court extend the stay in this case for an

4    additional 30 days to allow for the parties to continue their resolution efforts.

5        DATED this 24th day of January, 2022.

6    DAVIS WRIGHT TREMAINE LLP                    NICHOLAS W. BROWN
                                                  United States Attorney
7    By /s/ Ambika K. Doran                       By /s/ Katie D. Fairchild
     Bruce E.H. Johnson, WSBA # 7667              Katie D. Fairchild, WSBA #47712
8    Ambika K. Doran, WSBA #38237                 Assistant United States Attorney
     Rachel Herd, WSBA #50339                     United States Attorney's Office
9    920 Fifth Avenue, Suite 3300                 700 Stewart Street, Suite 5220
     Seattle, WA  98104-1610                      Seattle, Washington 98101-1271
10   Telephone: 206-622-3150                      Telephone: 206-553-7970
     Fax: 206-757-7030                            Fax: 206-553-4067
11   E-mail: brucejohnson@dwt.com                 Email: katie.fairchild@usdoj.gov
             ambikadoran@dwt.com
12           rachelherd@dwt.com

13   JUST FUTURES LAW

14   By /s/ Sejal Zota
     Sejal Zota, admitted pro hac vice
15   95 Washington St, Suite 104-149
     Canton, MA 02021
16   Phone: 919-698-5015
     Email: sejal@justfutureslaw.org

17   Attorneys for Plaintiffs

18

19

20

21

22

23

24

JOINT STATUS REPORT AND MOTION                   UNITED STATES ATTORNEY
(3:18-cv-05860-JLR) - 2                          700 STEWART STREET, SUITE 5220
                                                 SEATTLE, WASHINGTON 98101
                                                 (206) 553-7970

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**ORDER**

The Court, having reviewed the parties' joint status report and motion and the record in this matter and being fully informed, finds good cause exists to extend the stay in this case for an additional 30 days to allow for the parties to continue their resolution efforts.

DATED this 25th day of January, 2022.

_____
JAMES L. ROBART
United States District Court Judge

JOINT STATUS REPORT AND MOTION
(3:18-cv-05860-JLR) - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970