The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NWDC RESISTANCE and COALITION OF ANTI-RACIST WHITES,<br><br>Plaintiffs,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT, TAE D. JOHNSON, in his official capacity as Acting Director of Immigration and Customs Enforcement; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security,<br><br>Defendants. | Case No. 3:18-cv-05860-JLR<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that the Defendants, without waiving the defenses of insufficient service of process, lack of jurisdiction, or any other defense in the above-entitled cause of action, hereby enters its appearance by and through the attorney of record listed below:

KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-7970
Facsimile: (206) 553-4073
Email: kristin.b.johnson@usdoj.gov

NOTICE OF APPEARANCE – 1
(3:18-cv-05860-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

You are advised that service of all further pleadings, notices, documents or other papers herein, exclusive of original process, may be made upon the Defendant by serving the undersigned attorney at the address stated above.

DATED this 2nd day of March, 2022.

    Respectfully submitted,

    NICHOLAS W. BROWN
    United States Attorney

    *s/ Kristin B. Johnson*
    KRISTIN B. JOHNSON, WSBA #28189
    Assistant United States Attorney
    United States Attorney's Office
    700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271
    Phone: 206-553-7970
    Fax:    206-553-4067
    E-mail: kristin.b.johnson@usdoj.gov

NOTICE OF APPEARANCE – 2
(3:18-cv-05860-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970