UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NWDC RESISTANCE, et al., | CASE NO. C18-5860JLR |
| Plaintiffs, | SHOW CAUSE MINUTE ORDER |
| v. | |
| IMMIGRATION & CUSTOMS ENFORCEMENT, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart, U.S. District Judge:

On October 26, 2021, the court granted the parties' joint stipulated motion to stay this matter for 90 days to allow them time to review newly-issued immigration enforcement guidelines and to engage in mediation. (10/26/21 Order (Dkt. # 78); *see* 10/26/21 Stip. (Dkt. # 77).) In that order, the court also struck the parties' May 26, 2022

MINUTE ORDER - 1

trial date and associated pretrial deadlines.  (10/26/21 Order at 2 (citing 4/12/21 Sched. Ord. (Dkt. # 76)).)

On January 25, 2022, the court granted the parties' joint stipulated motion to extend the stay in this case for an additional 30 days to allow the parties to continue their efforts to resolve this matter.  (1/25/22 Order (Dkt. # 81); *see* 1/24/22 Stip. (Dkt. # 80).)  Although more than 30 days have passed since the court entered that order, the parties have not requested a further extension of the stay.  (*See generally* Dkt.)  Accordingly, it is now ORDERED that counsel show cause by March 25, 2022, why the court should not lift the stay in this action.  Absent a timely response to this order, the court will lift the stay and set a new trial date and pretrial deadlines.

Filed and entered this 18th day of March, 2022.

RAVI SUBRAMANIAN  
Clerk of Court

s/ Ashleigh Drecktrah  
Deputy Clerk

MINUTE ORDER - 2