THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NWDC RESISTANCE and COALITION OF ANTI-RACIST WHITES,<br><br>Plaintiffs,<br><br>v.<br><br>IMMIGRATION & CUSTOMS ENFORCEMENT, TAE D. JOHNSON, in his official capacity as Acting Director of Immigration and Customs Enforcement; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security,<br><br>Defendants. | No. 3:18-cv-05860-JLR<br><br>**STIPULATED NOTICE OF MOTION RENOTED**<br><br>Re-Noted for Consideration:<br>June 10, 2022 |

The parties, by and through their counsel, stipulate and agree as follows:

1. On May 19, 2022, Plaintiffs filed a Motion to Compel Defendants' Compliance with Discovery Obligations, noted for consideration on June 3, 2022. Dkt. 95. Under the Local Civil Rules, Plaintiffs' reply in support of their Motion is due June 3, 2022.

2. Lead counsel for Plaintiffs, Ambika Kumar, is suffering from COVID-19, causing her to be unable to work most of the week of May 29, 2022.

3. The parties agree that Plaintiffs' motion is re-noted for June 10, 2022, making their reply due June 10, 2022.

DATED this 3rd day of June, 2022.

STIPULATED NOTICE OF MOTION RENOTED
(3:18-cv-05860-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DAVIS WRIGHT TREMAINE LLP

By  /s/ *Ambika Kumar*
Bruce E.H. Johnson, WSBA # 7667
Ambika Kumar, WSBA # 38237
Rachel Herd, WSBA # 50339
Xiang Li, WSBA # 52306
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206-757-8030
Fax: 206-757-7030
E-mail: brucejohnson@dwt.com
        ambikakumar@dwt.com
        rachelherd@dwt.com
        xiangli@dwt.com

JUST FUTURES LAW
Sejal Zota, admitted *pro hac vice*
Dinesh McCoy, admitted *pro hac vice*
95 Washington St, Suite 104-149
Canton, MA 02021
Phone: 919-698-5015
Email: sejal@justfutureslaw.org
        dinesh@justfutureslaw.org

*Attorneys for Plaintiffs La Resistencia and Coalition of Anti-Racist Whites*

NICHOLAS W. BROWN
United States Attorney

By  /s/ *Kristin B. Johnson*
Kristin B. Johnson, WSBA # 28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Tel: (206) 553-7970
Fax: (206) 553-4073
E-mail: kristin.b.johnson@usdoj.gov

*Attorney for Defendants*

STIPULATED NOTICE OF MOTION RENOTED
(3:18-cv-05860-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

IT IS HEREBY ORDERED that the Motion to Compel Compliance with Defendants' Discovery Obligations (Dkt. 95) is re-noted for June 10, 2022, and that Plaintiffs' deadline to file their reply in support of their motion is extended to June 10, 2022.

DATED this 3rd day of June, 2022.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED NOTICE OF MOTION RENOTED
(3:18-cv-05860-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury under the laws of the United States that, on the date set forth below, I caused a true and correct copy of the foregoing document to be filed with the Court using the CM/ECF system, which will cause all counsel of record to be served with the same.

DATED this 3rd day of June, 2022.

                                      */s/ Ambika Kumar*
                                      Ambika Kumar, WSBA #38237

STIPULATED NOTICE OF MOTION RENOTED
(3:18-cv-05860-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax