UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NWDC RESISTANCE, et al., | CASE NO. C18-5860JLR |
| Plaintiffs, | ORDER |
| v. | |
| IMMIGRATION & CUSTOMS ENFORCEMENT, et al., | |
| Defendants. | |

Before the court is Defendants Immigration & Customs Enforcement ("ICE"), Tae D. Johnson, and Alejandro Mayorkas's (collectively, "Defendants") motion to supplement the pleadings on their motion to stay discovery pending the court's decision on its motion to dismiss.  (Supp. Mot. (Dkt. # 117); *see* Mot. to Stay (Dkt. # 92); Mot. to Dismiss (Dkt. # 87).)  Defendants seek only to inform the court that one of three individuals whom they had previously represented were no longer employed by ICE has recently been rehired by the agency.  (Supp. Mot. at 1-2; *see* Mot. to Stay at 2, 5, 8-9.)

ORDER - 1

1  Because Defendants' motion simply corrects the record on their motion to stay
2  discovery, the court concludes that full briefing on the motion is unnecessary and
3  GRANTS the motion to supplement (Dkt. # 117).
4  Dated this 3rd day of June, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 2