UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NWDC RESISTANCE, et al.,<br><br>      Plaintiffs,<br><br> v.<br><br>IMMIGRATION & CUSTOMS ENFORCEMENT, et al.,<br><br>      Defendants. | CASE NO. C18-5860JLR<br><br>ORDER GRANTING MOTION TO SEAL |

  Before the court is Plaintiffs NWDC Resistance and Coalition of Anti-Racist Whites's (collectively, "Plaintiffs") motion to seal Exhibit I to the declaration of Ambika Kumar filed in support of Plaintiffs' motion to compel. (Mot. to Seal (Dkt. # 97); Kumar Decl. (Dkt. # 96) ¶ 10, Ex. I (Dkt. # 99 (sealed)) ("Exhibit I"); *see* Mot. to Compel (Dkt. # 95).) Plaintiffs state that they filed this motion to seal pursuant to the parties' stipulated protective order because Defendants Immigration & Customs Enforcement, Tae D. Johnson, and Alejandro Mayorkas (collectively, "Defendants") designated Exhibit I,

ORDER - 1

which consists of Defendants' responses and objections to Plaintiffs' third set of requests for production, as confidential. (Mot. to Seal at 1-2; *see* Stip. Prot. Order (Dkt. # 37).)

Defendants respond that they have created a redacted version of Exhibit I that need not be sealed. (Resp. (Dkt. # 111).) In this version, Defendants have redacted only the Alien Registration Numbers, also called "A-numbers," of "individuals who are not parties to this lawsuit to protect their privacy and comply with Local Civil Rule 5.2(c)," which requires parties to redact personal identifying information in certain immigration actions. (*Id*. at 1-2; Redacted Exhibit I (Dkt. # 111-1)); Local Rules W.D. Wash. LCR 5.2(c). Because Plaintiffs have not filed a reply in support of their motion (*see generally* Dkt.), the court presumes they do not object to Defendants' proposed redactions.

Defendants ask the court to replace the sealed version of Exhibit I with their redacted version. In the interest of maintaining the integrity of its docket, however, the court declines to do so. Instead, the court GRANTS Plaintiffs' motion to seal (Dkt. # 97); DIRECTS Plaintiffs to file a praecipe to Ms. Kumar's declaration (Dkt. # 96) attaching the redacted version of Exhibit I by no later than June 14, 2022, *see* Local Rules W.D. Wash. LCR 7(m); and DIRECTS the Clerk to maintain the unredacted version of Exhibit I (Dkt. # 99) under seal.

Dated this 9th day of June, 2022.

JAMES L. ROBART
United States District Judge