UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NWDC RESISTANCE, et al., | CASE NO. C18-5860JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| IMMIGRATION & CUSTOMS ENFORCEMENT, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiffs' motion to compel Defendants' compliance with their discovery obligations. (Mot. (Dkt. # 95); *see also* Resp. (Dkt. # 112).) Now that the court has denied Defendants' motions to dismiss and to stay discovery (*see* 6/9/22 Order (Dkt. # 119)), the parties are ORDERED to meet and confer by no later than June 17, 2022, regarding the issues raised in Plaintiffs' motion to compel. To the extent the

MINUTE ORDER - 1

parties are unable to reach a compromise, they are further ORDERED to file, by no later than June 24, 2022, a joint statement setting forth the remaining issues in dispute and the parties' positions on those issues, focusing on questions of the relevance and proportionality of the discovery requested. *See* Fed. R. Civ. P. 26(b)(1).

The court will conduct a discovery hearing via Zoom.gov videoconference regarding Plaintiffs' motion to compel on June 28, 2022, at 3:00 p.m. Instructions for signing into the videoconference will be sent to counsel by email. The Clerk is directed to renote Plaintiffs' motion to compel for June 28, 2022.

Filed and entered this 10th day of June, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2