UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NWDC RESISTANCE, et al., | CASE NO. C18-5860JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| IMMIGRATION & CUSTOMS ENFORCEMENT, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has reviewed the parties' joint status report regarding their progress in resolving the discovery disputes at issue in Plaintiffs' motion to compel. (JSR (Dkt. # 129); Mot. (Dkt. # 95); *see also* 6/30/22 Order (Dkt. # 126) (granting in part and denying in part the motion to compel and ordering the parties to file a joint status report by no later than July 29, 2022).) The parties represent that they are working

MINUTE ORDER - 1

cooperatively to identify document custodians and search terms and that Defendants are in the process of producing the A-files for the individuals identified in Plaintiffs' second and third discovery requests.  (JSR at 1-3.)  The parties jointly request additional time to continue their efforts to resolve these issues.  (*Id.* at 3.)  The court GRANTS this request and DIRECTS the parties to file a joint status report regarding these issues by no later than August 29, 2022.

Filed and entered this 1st day of August, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2