UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NWDC RESISTANCE, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>IMMIGRATION & CUSTOMS ENFORCEMENT, et al.,<br><br>                    Defendants. | CASE NO. C18-5860JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has reviewed the parties' second joint status report regarding their progress in resolving the discovery disputes at issue in Plaintiffs' motion to compel. (2d JSR (Dkt. # 131); *see also* 6/30/22 Order (Dkt. # 126) (granting in part and denying in part Plaintiffs' motion to compel and ordering the parties to file a joint status report by no later than July 29, 2022); 8/1/22 Min. Order (Dkt. # 130) (directing parties to file a

MINUTE ORDER - 1

second joint status report).)  The parties represent that they are working diligently to narrow the scope of discovery, have been having weekly calls regarding discovery, and "anticipate reaching agreement on most, if not all, outstanding issues no later than September 12, 2022." (2d JSR at 1.)  The court DIRECTS the parties to file a joint status report regarding their agreements and any remaining areas of dispute by no later than September 12, 2022.

Filed and entered this 29th day of August, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2