UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NWDC RESISTANCE, et al.,<br><br>                Plaintiffs,<br>     v.<br><br>IMMIGRATION & CUSTOMS ENFORCEMENT, et al.,<br><br>                Defendants. | CASE NO. C18-5860JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is the parties' September 16, 2022 joint status report. (9/16/22 JSR (Dkt. # 134); *see also* 6/30/22 Order (Dkt. # 126) (granting in part Plaintiffs' motion to compel and ordering the parties to meet and confer regarding their discovery disputes).) In their report, the parties discuss the agreements they have reached regarding the scope of discovery in this matter; request an extension of the December 27, 2022

MINUTE ORDER - 1

discovery deadline to enable Defendants to produce documents in accordance with those agreements; and ask the court to resolve their remaining discovery disputes. (*See generally* 9/16/22 JSR; *see also* 3/22/22 Sched. Order (Dkt. # 86).)

The court will conduct a hearing via Zoom.gov videoconference on the parties' remaining disputed discovery issues on Friday, October 7, at 10:00 a.m. Instructions for signing into the videoconference will be sent to counsel by email. In the meantime, the court ORDERS the parties to (1) meet and confer regarding an appropriate extension of the discovery and other pretrial deadlines that would accommodate the parties' agreed scope of discovery and (2) file a joint statement regarding their proposal for a revised case schedule, including phasing of discovery if appropriate, by no later than Tuesday, October 4, 2022. If the parties are unable to agree on a proposed schedule, the parties may set forth their respective positions in their joint statement.

Filed and entered this 27th day of September, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2