UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NWDC RESISTANCE, et al., | CASE NO. C18-5860JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| IMMIGRATION & CUSTOMS ENFORCEMENT, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is the parties' October 4, 2022 joint status report.  (10/4/22 JSR (Dkt. # 136); *see also* 9/27/22 Order (Dkt. # 135) (ordering the parties to meet and confer regarding an appropriate extension of the discovery and pretrial deadlines in this case and file a joint statement regarding their proposal for a revised case schedule).)  In their report, the parties state that they no longer ask the court to decide any discovery disputes;

MINUTE ORDER - 1

represent that the discovery to which the parties have agreed cannot be accomplished by the current discovery deadline of December 22, 2022, and that they cannot at this time estimate the length of time it will take for Defendants to complete their review of documents; and propose that they file status reports every 45 days until they are able to reach an agreement on a timeline for the completion of the agreed-to discovery. (*See generally* 10/4/22 JSR; *see also* 3/22/22 Sched. Order (Dkt. # 86).)

In light of Defendants' representation that they anticipate completing their collection of documents within 60 days of the filing of their joint status report (*see* 10/4/22 JSR at 2), the court (1) ORDERS the parties to file a joint statement regarding the status of discovery by December 5, 2022; and (2) STRIKES the discovery conference scheduled on October 7, 2022 (*see* 9/27/22 Order).

Filed and entered this 5th day of October, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2