UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NWDC RESISTANCE, et al., | CASE NO. C18-5860JLR |
| Plaintiffs, | ORDER |
| v. | |
| IMMIGRATION & CUSTOMS ENFORCEMENT, et al., | |
| Defendants. | |

Before the court is the parties' joint status report filed pursuant to the court's orders requiring the parties to meet and confer regarding appropriate extensions of the discovery and pretrial deadlines in this case and to file a joint statement regarding their proposal for a revised case schedule. (12/9/22 JSR (Dkt. # 141); *see* 9/27/22 Order (Dkt. # 135); 10/5/22 Order (Dkt. # 137); 12/1/22 Order (Dkt. # 140).) The parties represent that Defendants have completed the collection of documents from multiple custodians, resulting in the collection of several million documents; that Defendants have shared hit

ORDER - 1

reports with Plaintiffs based on Plaintiffs' proposed search terms; that Plaintiffs' current proposed search terms would require review of over 100,000 documents; and that the parties intend to further narrow Plaintiffs' proposed search terms. (12/9/22 JSR at 1-2.) Defendants ask the court to extend the discovery deadlines and related litigation deadlines for approximately nine months to enable them to review and produce responsive documents on a rolling basis. (*Id.* at 2-3.) Plaintiffs state that they have assured Defendants that they will work to narrow the scope of document review to far fewer than 100,000 documents, and that they believe discovery can be completed within six months. (*Id.* at 3.)

Under the current case schedule, the discovery deadline is December 27, 2022, and the matter is set for a five-day bench trial on April 24, 2023. (3/22/22 Sched. Order (Dkt. # 86).) After considering the parties' joint status report and its own trial schedule, the court VACATES the current case schedule and RESETS trial on **January 29, 2024**. The court DIRECTS the Clerk to issue a new case scheduling order that resets the expert witness disclosure deadline and all subsequent deadlines based on this new trial date.

Dated this 12th day of December, 2022.

JAMES L. ROBART
United States District Judge