The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NWDC RESISTANCE and COALITION OF ANTI-RACIST WHITES,<br><br>Plaintiffs,<br><br>v.<br><br>IMMIGRATION & CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Case No. 3:18-cv-05860-JLR<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

THIS MATTER, having come before the Court upon Defendants' Motion for Summary Judgment, the Court having reviewed Defendants' Motion and any responses and replies thereto, and the record herein, and being fully advised,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED, for the reasons set forth in Defendants' motion. Judgment is entered in favor of Defendants, and Plaintiffs' complaint is dismissed with prejudice.

Dated this _____ day of _____, 2023.

_____
JAMES L. ROBART
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
[3:18-cv-05860-JLR] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Presented by:

TESSA M. GORMAN
Acting United States Attorney

*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA No. 47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: katie.fairchild@usdoj.gov

*Attorneys for Defendants*

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
[3:18-cv-05860-JLR] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970