The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NWDC RESISTANCE and COALITION OF ANIT-RACIST WHITES,<br><br>Plaintiffs,<br><br>v.<br><br>IMMIGRATION & CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Case No. 3:18-cv-05860-JLR<br><br>DECLARATION OF KATIE D. FAIRCHILD |

I, Katie D. Fairchild, hereby declare as follows:

1. I am an Assistant United States Attorney for the Western District of Washington. I represent Defendants in the above-captioned lawsuit.

2. Attached as Exhibit A is a true and correct copy of pertinent portions of the deposition of Plaintiff Coalition of Anti-Racist Whites' ("Anti-Racist Whites") Fed. R. Civ. P. 30(b)(6) representative, taken on August 23, 2023.

DECLARATION OF KATIE D. FAIRCHILD
[3:18-cv-05860-JLR] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

3. Attached as Exhibit B is a true and correct copy of pertinent portions of the deposition of Plaintiff La Resistencia's Fed. R. Civ. P. 30(b)(6) representative, taken on August 28, 2023.

4. Attached as Exhibit C is a true and correct copy of Department of Homeland Security's Memorandum RE: Policies for the Apprehension, Detention and Removal of Undocumented Immigrants, dated November 20, 2014.

5. Attached as Exhibit D is a true and correct copy of Department of Homeland Security's Memorandum RE: Enforcement of the Immigration Laws to Serve the National Interest, dated February 20, 2017.

6. Attached as Exhibit E is a true and correct copy of Department of Homeland Security's Memorandum RE: Guidelines for the Enforcement of Civil Immigration Law, dated September 30, 2021.

7. Attached as Exhibit F is a true and correct copy of Plaintiff Anti-Racist Whites' Supplemental Responses and Objections to Defendants' First and Second Set of Interrogatories, dated July 20, 2023.  These provided supplemental responses to discovery requests originally served by Defendants in June 2020.

8. Attached as Exhibit G is a true and correct copy of Plaintiff La Resistencia's Supplemental Responses and Objections to Defendants' First and Second Set of Interrogatories, dated July 20, 2023.  These provided supplemental responses to discovery requests originally served by Defendants in June 2020.

9. Attached as Exhibit H is a true and correct copy of a meet and confer email thread between the parties' counsel, dated February 2, 2023

10. Attached as Exhibit I is a true and correct copy of a meet and confer email thread between the parties' counsel, dated July 5, 2023.

DECLARATION OF KATIE D. FAIRCHILD
[3:18-cv-05860-JLR] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

11. Attached as Exhibit J is a true and correct copy of Anti-Racist Whites' Activity Chart, marked as Exhibit 2 to the aforementioned deposition of Anti-Racist Whites' Fed. R. Civ. P. 30(b)(6) representative (Exhibit A).

12. Attached as Exhibit K is a true and correct copy of pertinent portions of the Verbatim Report of Proceedings before the Honorable James L. Robart, held on June 30, 2022.

13. Attached as Exhibit L is a true and correct copy of the U.S. Immigration and Customs Enforcement Fiscal Year 2017 Enforcement and Removal Operations Report, available at https://www.ice.gov/remove/removal-statistics/2017 (last accessed November 3, 2023).

14. Attached as Exhibit M is a true and correct copy of the U.S. Immigration and Customs Enforcement Fiscal Year 2017 Enforcement and Removal Operations Report, available at https://www.ice.gov/sites/default/files/documents/Report/2017/iceEndOfYearFY2017.pdf (last accessed November 3, 2023).

15. Attached as Exhibit N is a true and correct copy of the U.S. Immigration and Customs Enforcement Fiscal Year 2018 Enforcement and Removal Operations Report, available at https://www.ice.gov/doclib/about/offices/ero/pdf/eroFY2018Report.pdf (last accessed November 3, 2023).

16. Attached as Exhibit O is a true and correct copy of the U.S. Immigration and Customs Enforcement Fiscal Year 2019 Enforcement and Removal Operations Report, available at https://www.ice.gov/sites/default/files/documents/Document/2019/eroReportFY2019.pdf (last accessed November 3, 2023).

17. Attached as Exhibit P is a true and correct copy of the U.S. Immigration and Customs Enforcement Fiscal Year 2020 Enforcement and Removal Operations Report, available at https://www.ice.gov/doclib/news/library/reports/annual-report/eroReportFY2020.pdf (last accessed November 3, 2023).

DECLARATION OF KATIE D. FAIRCHILD
[3:18-cv-05860-JLR] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in Seattle, Washington, on this 3rd day of November, 2023.

*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA No. 47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: katie.fairchild@usdoj.gov

DECLARATION OF KATIE D. FAIRCHILD
[3:18-cv-05860-JLR] - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970