The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NWDC RESISTANCE and COALITION OF ANTI-RACIST WHITES,<br><br>                Plaintiffs,<br><br>   v.<br><br>IMMIGRATION & CUSTOMS ENFORCEMENT, MATTHEW T. ALBENCE, in his official capacity as Acting Director of Immigration and Customs Enforcement; and KEVIN MCALEENAN, in his official capacity as Acting Secretary of Homeland Security,<br><br>                Defendants. | No. 3:18-cv-05860-JLR<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Noted for Consideration: December 1, 2023 |

**FILED UNDER SEAL**

PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT (3:18-cv-05860-JLR)

4860-8491-8927v.13 0201359-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax