The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NWDC RESISTANCE and COALITION OF ANTI-RACIST WHITES,<br><br>Plaintiffs,<br><br>v.<br><br>IMMIGRATION & CUSTOMS ENFORCEMENT, MATTHEW T. ALBENCE, in his official capacity as Acting Director of Immigration and Customs Enforcement; and KEVIN MCALEENAN, in his official capacity as Acting Secretary of Homeland Security,<br><br>Defendants. | No. 3:18-cv-05860-JLR<br><br>**DECLARATION OF MARU MORA VILLALPANDO IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Noted for Consideration**: December 1, 2023 |

I, Maru Mora Villalpando, declare:

1. I make this declaration based on personal knowledge. If called as a witness, I could testify competently to the facts in this declaration.

2. I helped found NWDC Resistance in 2014 and I continue to be one of its leaders. Now called La Resistencia, this Seattle-based organization is led by undocumented immigrants and seeks to end detention and deportation and to support detainees. La Resistencia formed to help individuals detained at the Northwest Detention Center ("NWDC," which is now called the Northwest ICE Processing Center) by supporting hunger strikes, working with family members, donating funds, and building public awareness of the hardships

DECLARATION OF MARU MORA VILLALPANDO IN RESPONSE TO MOTION FOR SUMMARY JUDGMENT - 1
(3:18-cv-05860-RBL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

DocuSign Envelope ID: 453CEA3C-7598-4063-84D8-F0858CA50F1F

they face.  La Resistencia has also worked closely with federal, state, and local officials to push for changes to immigration policy.

3. La Resistencia is also one of the plaintiffs in this lawsuit. In this role, I have worked closely with Coalition of Anti-Racists Whites ("CARW"), which is also a plaintiff.

4. In the five years this lawsuit has been pending, La Resistencia has continued its mission to end the detention and deportation of undocumented immigrants through advocacy actions, including coordinating and leading hunger strikes; organizing communities; working with affected families; accompanying immigrants to Immigration Court proceedings and Immigration and Custom Enforcement ("ICE") check-ins; running advocacy campaigns to stop deportations and protests of ICE enforcement policies and practices; media engagement; and education the public about ICE's practices.  La Resistencia's members include undocumented and documented individuals, some of whom are, have been, or are related to individuals who have been detained at the NWDC.

5. La Resistencia's members continue to face the threat of retaliatory enforcement action by ICE, which has disrupted La Resistencia's ability to fulfill its mission. Undocumented people and other individuals who share La Resistencia's views have been and remain afraid of being associated with La Resistencia because of ICE's practice of targeting activists.  One such former member, Melesio Morales Mata, agreed to be identified in this case and was deposed regarding his decision to withdraw from La Resistencia due to this fear of retaliation.

6. Other individuals have also come forward to describe their fear of facing retaliation due to their association with La Resistencia.  For example, I understand that on the morning of May 13, 2022, 13 people detained at NWDC began a hunger strike to protest a long series of indignities suffered inside the prison. This includes a two-year failed response to COVID as well as reports of sexual abuse and assaults by detention authorities.

7. On May 14 and 15, 2022, La Resistencia organized solidarity days outside NWDC with an immigrant justice caravan from Oregon.  Following a rally during the solidarity days, about 25 guards dressed in riot gear with drawn weapons went into the unit where the

DECLARATION OF MARU MORA VILLALPANDO IN RESPONSE TO MOTION FOR SUMMARY JUDGMENT - 2
(3:18-cv-05860-RBL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

hunger strike began and forcibly placed three of the strikers and one other individual in solitary confinement. I learned about this the following morning when one of the targeted strikers, David Martinez Garcia, called me. Mr. Martinez Garcia submitted a declaration describing this event. Martinez Garcia Decl. [Dkt. 106] ¶¶ 2-7.

8. Although I have heard of other instances of retaliation that chilled participation in our organization, La Resistencia cannot do the work that it does if individuals wishing to remain anonymous are identified—whether in connection with a news article, protest, or even a lawsuit. For that reason, La Resistencia has made the difficult to decision to withdraw and not rely on allegations that would have required it to identify the individuals involved.

9. Mr. Martinez Garcia also told me that a prison official met with the hunger strikers prior to the incident with the SWAT team who stormed the facility. The official was angry and said, "I know Maru." The official also noted that I had made statements to the media. Mr. Martinez Garcia told me he believed the move to solitary confinement was motivated by my statements to the media and the strikers' association with La Resistencia.

10. La Resistencia relies heavily on information from NWDC detainees and their families to fulfill the group's mission to combating and inform the public about unjust ICE policies and practices. La Resistencia works to tell the stories of detainees and their families in the media, but incidents like this one chill people from coming forward or makes those who share their stories unwilling to publicize their names, which makes it difficult for La Resistencia to humanize the stories and create the impact we aim for as part of our mission.

11. In 2019, La Resistencia invested a lot of time and resources creating new safety protocols, connecting with other groups to exchange ideas for protecting members, and participating in safety training. CARW helped La Resistencia locate an organization that could provide training on security during public events. CARW also serves as La Resistencia's liaison with groups that provide training for La Resistencia's members. For events we plan, La Resistencia has created a "buddy" program so nobody leaves alone. La Resistencia also now has observers present at any public event to watch the crowd and identify potential ICE agents

DECLARATION OF MARU MORA VILLALPANDO IN RESPONSE TO
MOTION FOR SUMMARY JUDGMENT - 3
(3:18-cv-05860-RBL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

or anything else of concern. All of this effort adds another layer of planning to every event we put together. It also requires more volunteers. La Resistencia has had to add a separate team to manage safety protocols like these. Members of CARW participate as observers and help escort La Resistencia members as part of the "buddy" program.

12. La Resistencia has also responded and continues to devote resources to addressing ICE's pattern or targeting activists around the country. La Resistencia regularly coordinates with others who have been targeted. Our organization maintains contact with at least three people around the country who have been targeted by ICE in order to support their work and their individual enforcement cases. In 2018, La Resistencia also helped put together a panel for the Inter-American Commission for Human Rights featuring six activists who had been targeted by ICE as a result of their anti-ICE speech and conduct.

13. All these measures divert time and resources that La Resistencia and CARW could otherwise devote to assisting detainees, raising awareness, or furthering their core missions in other ways.

14. I have also observed that emails, phone calls, and video calls between La Resistencia members and individuals in detention at NWDC are often blocked during hunger strikes. A hunger strike is currently occurring at NWDC, and La Resistencia members have reported difficulty calling or receiving calls from individuals participating in the hunger strike. Due to the timing of these occurrences, it is my belief that NWDC is blocking these communications in order to interfere with La Resistencia's efforts to organize and provide support for the hunger strikers.

15. La Resistencia is also currently supporting an individual who was sexually assaulted at NWDC. The individual filed a complaint regarding the assault, and La Resistencia has been working on his case. On September 11, 2023, I received a message from the individual that he had been taunted by a guard about his association with me and La Resistencia while speaking about his case.

DECLARATION OF MARU MORA VILLALPANDO IN RESPONSE TO
MOTION FOR SUMMARY JUDGMENT - 4
(3:18-cv-05860-RBL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

16. Until ICE is ordered to stop targeting immigration activists, La Resistencia and CARW will continue to be harmed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of November, at __Seattle, WA_____ [City/State]

*Maru Mora Villalpando*
Maru Mora-Villalpando

DECLARATION OF MARU MORA VILLALPANDO IN RESPONSE TO MOTION FOR SUMMARY JUDGMENT - 5
(3:18-cv-05860-RBL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax