THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NWDC RESISTANCE and COALITION OF ANTI-RACIST WHITES,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>IMMIGRATION & CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　　　Defendants. | No. 3:18-cv-05860-JLR<br><br>**DECLARATION OF ROBERT GUADIAN** |

I, Robert Guadian, declare the following pursuant to 28 U.S.C. § 1746, and state that under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

### I. INTRODUCTION

1. I am the Deputy Assistant Director for Field Operations – East, within the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations. I have served in this capacity since August 2020.

2. ICE's enforcement and removal efforts are conducted by its 25 national field offices. At Headquarters, the Field Operations Division provides guidance to and coordination

DECLARATION OF ROBERT GUADIAN
(18-5860-JLR)
PAGE – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

among those offices. In my current position as Deputy Assistant Director for Field Operations – East, I oversee, direct, and coordinate all enforcement and removal field operations throughout the Nation's 12 eastern field offices to enhance national security and public safety while ensuring such activities further the policies of DHS and ICE. As an operational program of ICE, Enforcement and Removal Operations is responsible for the planning, management, and direction of broad programs relating to identification, apprehension, detention, and removal of noncitizens who are removable from the United States under the immigration laws. Its mission is to protect the homeland through the arrest and removal of noncitizens who undermine the safety of our communities and the integrity of our immigration laws.

3. Since 1997, I have worked in various other positions within ICE and the former Immigration and Naturalization Service. Prior to my current position, I held several positions with ICE Enforcement and Removal Operations, including the Field Office Director for the Chicago Field Office, Deputy Field Office Director for the Dallas Field Office, and Assistant Field Office Director for the San Antonio Field Office.

4. Due to my experience and the nature of my official duties, I am familiar with ICE operations throughout the United States. This declaration is based upon my personal knowledge, review of official documents and records maintained by ICE, and information provided to me in the course of performing my official duties.

5. I am aware Plaintiffs intend to file certain documents as exhibits in support of their opposition to Government's Motion for Summary Judgment.

6. I am also aware that during discovery Government had produced and designated some information in these exhibits as "Confidential Subject to Protective Order" or for

DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION TO SEAL
(18-5860-JLR)
PAGE – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

"Attorneys Eyes only" because there is a good cause why it should not be part of the public record as explained in further detail below. The information sought reflects certain Personally Identifiable Information (PII) covered by the Privacy Act and/or the DHS privacy policy. *See* DHS Instruction No. 262-16-001, *DHS Privacy Policy Regarding Collection, Use, Retention, and Dissemination of Personally Identifiable Information* (May 4, 2022), attached as Exhibit A.

7. I am aware that the disclosure of this information concerning ICE ERO officers is regularly withheld under requests received pursuant to the Freedom of Information Act (FOIA), where ICE withholds law enforcement and non-law enforcement personnel names and other personally identifiable information (PII) under the (b)(6) and (b)(7)(C) exemptions. Exemption 6 allows an agency to withhold all information about individuals in "personnel and medical files and similar files" when the disclosure of such information "would constitute a clearly unwarranted invasion of personal privacy." The Exemption 6 analysis requires a balancing of the public's right to disclosure against the invasion of an individual's privacy. Exemption 7(C) is limited to information compiled for law enforcement purposes and requires that the disclosure of the information "could reasonably be expected to constitute an unwarranted invasion of person privacy." Therefore, ICE utilizes both exemptions when it withholds information of ICE personnel, with one of the justifications being that the disclosure of such information could conceivably subject ICE personnel to harassment and annoyance in conducting their official duties and in their private lives, and also place them in danger.

DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION TO SEAL
(18-5860-JLR)
PAGE – 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

8. I am aware that on June 11, 2020, the Office of Personnel Management (OPM) granted ICE's request to be designated as a Security Agency under OPM's official Data Release Policy. Such a designation ensures that OPM withholds all relevant personally identifiable information (PII) of all ICE personnel under FOIA Exemption 6. Many of the incidents reflected below were included in ICE's request to obtain such a designation, and OPM noted that ICE's letter, combined with ICE's supporting documentation, were sufficient to showcase the heightened risk of harassment and or attack that ICE personnel are subjected to by virtue of their employment at ICE.

## II. PII SHOULD REMAIN UNDER SEAL

9. Documents contain the PII of current and/or former non-public facing ICE employees, many of whom may work(ed) as law enforcement officers undercover or in plainclothes, and whose names arenot otherwise known to the public. Furthermore, there is an increased risk of harm that ICE officers will experience doxing—the dissemination of personal information—if their PII is made public. Public disclosure of ICE officers' PII directly endangers ICE officers.

### A. INCIDENTS OF HARASSMENT AGAINST ERO IN THE SEATTLE AREA OF RESPONSIBILITY (AOR)

10. ICE has seen an increase in the level of threats and harassment directed to its personnel nationwide, to include the Seattle AOR. Within the last two years, incidents of harassment over the Internet, physical protests, acts of vandalism, and acts of violence have been perpetrated on ICE employees, to include the Seattle AOR.

11. On April 27, 2020, ICE Chief Intelligence Officer in the Seattle AOR notified the Field Office Director for Seattle that she, along with an ERO Officer In Charge of an

DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION TO SEAL
(18-5860-JLR)
PAGE – 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

immigration detention facility, were doxed, whereby their names, job titles, home addresses, social security numbers, and social media handles were posted to an online forum along with links to negative news stories and reports related to the Northwest Detention Center – a privately-run detention center operated on behalf of ICE. *See* Exhibit B attached. The posting of their information was linked to Salish Sea Black Autonomists, an online network group self-described as "Insurrectionary Anarchists/Autonomists/AntiState Communists struggling for liberation." Additionally, this group is responsible for promoting a "May Day Seattle" Bingo game whereby one of the Bingo squares is to "DOXX AN ICE AGENT." *See* Exhibit C attached.

12. On July 8, 2020, a social media user using the Twitter account – @Manic_Pixel_DreamBoi – posted a link to a document that contained personally identifiable information of over 6,300 Portland, Oregon-based federal, state, and local law enforcement personnel. *See* https://pugetsoundanarchists.org/ice-agents-in-seattle-doxxed/. The document included the names and employment information of at least 6,053 state and local law enforcement personnel and 312 federal law enforcement and support personnel. *Id*. Furthermore, the document revealed the personal addresses of over 35 DHS personnel, to include ICE, the dates of birth of two ICE personnel, the phone numbers of seven ICE personnel, and various social media profiles of 16 DHS personnel, to include ICE. The posted link was to a Google Document along with the following message: "check out this collection of like every PPB, MCSO, ClackCoCSO, WashCoSO, ORStatePolice, FBI, DOJ, USMarshal, FPS DHS, ICE, CBP swine in Portland Metro Area. (big ups to Totality of Circumstance on KBOO for the 2019 PPB archive with way more context) https://t.co/8A8X2vdDBK."

DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION TO SEAL
(18-5860-JLR)
PAGE – 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

13. On June 30, 2018, protesters gathered in front of the home of the ERO Deputy Field Office Director.  This protest followed a doxing incident from June 21, 2018, where his name and home address were listed on a website page belonging to Puget Sound Anarchists, along with several other ERO officers and other ICE personnel.  The website page contained the header "ICE Agents in Seattle Doxxed," along with the message "[u]se this information in whatever way inspires you. . ."

14. In July 2018, an ERO Assistant Field Office Director was approached at her home by representatives of Olympia Democratic Socialists of America.  These representatives also approached other individuals in her neighborhood to pass out a flyer titled "Neighborhood Alert: ICE Operative in Vicinity."  The flyer included her name, position with ICE, and a discussion about ICE and its policies, noting "[o]ur immigration system, as structured, organized, and administered through the DHS, uses & misuses statute in order to apply a veneer of legality to the subjugation of our friends, neighbors, brothers, & sisters.  If you believe that a healthy society is a function of healthy & vibrant families and communities, you should be very dismayed that ICE is operating in your name        . . ."

15. On July 13, 2019, a male, later identified as Willem Van Spronsen, targeted the Northwest ICE Processing Center.  It was reported that he was armed with a rifle and was throwing incendiary devices at the facility and vehicles in the parking lot. A vehicle was set on fire and engulfed in flames. He also attempted to ignite a large propane tank by the building. The male continued throwing ignited objects at the building and cars when officers arrived on the scene. *See* https://www.seattletimes.com/seattle-

DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION TO SEAL
(18-5860-JLR)
PAGE – 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

news/crime/tacoma-police-armed-man-throwing-incendiary-devices-shot-outside-ice-detention-center/

16. The targeted harassment has extended to other ICE personnel, to include non-law enforcement, in the Seattle AOR. During the summer of 2018, during the "Occupy ICE" movement in Portland, Oregon, an ICE attorney working in Portland was continuously harassed at her home by anti-ICE activists after her personal information was posted publicly throughout the city and online. The perpetrators posted flyers throughout the city containing her and her family's picture, home phone number, and other identifying information with a note stating that she was a "Gestapo Agent" and a "monster that prosecutes immigrant families while living in safety and comfort with her husband in their newly purchased home." Later, two dozen eggs and large balls filled with paint were thrown at her house and vehicles in the middle of the night, causing significant property damage. The employee and her spouse also received threatening text messages on their personal cell phones and through their Facebook accounts. Similar incidents were perpetrated against other ICE personnel – both law enforcement and non-law enforcement, where various flyers were posted in neighborhoods with pictures of ICE personnel, their names, age, home addresses, work addresses, social media handles, and derogatory comments, such as "[t]his monster has worked for 9 years violently ripping immigrant families apart while living in safety and comfort with his family." Other incidents during this time period involve the Acting Field Office Director's home being vandalized with raw eggs thrown against it. Pictures of these various incidents are attached.

17. On January 24, 2020, an ICE Public Affairs Officer in Washington State reported having received a voicemail from an individual stating, "It's shocking how willing you are to. Let it be documented that [you] are on the wrong side of history. This will not end well for you." Another voice message left by the same caller stated, "You can't just terrorize people like this. We are not going to stand for this. You are going to be shot/shut (unintelligible) down."

### B. OTHER INCIDENTS OF HARASSMENT AGAINST ICE PERSONNEL IN THE NATIONWIDE

18. Beginning in 2018, ICE has seen an increase in the number of threats and harassment of its employees. For example, between October 2020 and December 2023, the ICE Office of Professional Responsibility (OPR) Threat Management Unit (TMU) identified approximately 176 threats directed towards ICE employees ranging from doxing of employees, calls to burn/storm detention centers, demonstrations at employees' residences and hotels housing non-citizens, to bomb threats and threats calling for the killing or harming of ICE Agents. Other examples prior to this time have included employees' personal information being posted on a variety of social media platforms and websites including Twitter, Facebook and the Puget Sound Anarchist. In addition to social media postings, "flyers" with ICE employees' personal information have been posted in and around the neighborhoods of where these employees live to harass those ICE employees. During this time, two ICE employees reported the "egging" of their residences as well as the posting of flyers, bearing their pictures and personal information, in their neighborhoods. Both employees were previously doxed prior to these events. Subsequent to the "egging" incident, one of these employees had their house and car vandalized with red paint balls during the night. During this same time

DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION TO SEAL
(18-5860-JLR)
PAGE – 8

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

frame, another employee reported discovering two small fires burning in the parking area located in front of their house. The information contained on these social media websites and flyers provided names, duty position, home addresses, social media accounts, and sometimes family member information associated with ICE employees.

19. On June 19, 2018, Antifa posted the personal information of 1,595 ICE employees in response to ICE's "inhumane" conduct. *See* https://dailycaller.com/2018/06/19/antifa-spreads-ice-agents-identities/. The person responsible for this unauthorized dissemination admitted to compiling the personal information from LinkedIn and posting it "with the hope . . . . activists will find it useful." *Id.* Among the personal information that was disseminated was a photograph of ICE's chief technology officer and his son. *Id.*

20. This threatening behavior was encouraged and exacerbated, as other activists have analogized ICE employees to Nazis and called for the "doxing" of "more Nazis." *Id.* The initial list of 1,595 ICE employees became the precursor to "ICE Patrol," an internet-based searchable website maintained and operated by WikiLeaks. *See* https://www.newsweek.com/icepatrol-wikileaks-publishes-database-ice-employeesdespite-attempts-censor-990261. At one point, the "ICE Patrol" website featured the personal information of approximately 9,243 ICE employees. A few days after the initial list was posted, another activist used "ICE Patrol" to obtain and publish on the internet the names of five Ohio-based ICE employees, the names of their spouses, and their home addresses. *See* http://www.mockingbirdpaper.com/content/meet-ice-agents-detention-centers-and-corporations-who-profit-them-ohio. This personal information was published under

DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION TO SEAL
(18-5860-JLR)
PAGE – 9

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

photographs of Hermann Göring, Albert Speer, Rudolf Hess, and several other high-ranking Nazis.  *See id.*

21. Another organization called Puget Sound Anarchists suggested that it used that same list to obtain and publish the names and home addresses of 36 Washington-based ICE employees, along with one employee's date of birth, phone number, spouse's name, spouse's work address, and personal email addresses. *See* https://pugetsoundanarchists.org/ice-agents-in-seattle-doxxed/. The Puget Sound Anarchists tacitly suggested that the published home addresses should be used for harassment or violence by urging people to "[u]se this information in whatever way inspires you."  *Id.*

22. On June 28, 2018, another activist group published the names and photographs of 10 San Antonio-based ICE employees, including the photographs of the young children of two of those employees. *See* https://autonomedia.blackblogs.org/2018/06/28/san-antonio-ice-agents/.

23. The indirect threats soon intensified and materialized into advocacy for violent action. On July 2, 2018, just weeks after ICE employees were "doxed" en masse, a 33-year-old man tweeted his frustration over the government's immigration policies and proclaimed "I will scrounge and literally give $500 to anyone who kills an ice agent." *See* https://www.washingtonpost.com/nation/2019/12/09/brandon-ziobrowski-ice-agent-twitter-threat/.

24.  On July 10, 2019, ICE's ERO Austin office reported observing anti-ICE graffiti in two different places on the J.J. Pickle Federal Building.  One message read "FIGHT ICE WITH FIRE" and the other read "COMBAT US IMPERIALISM" with a hammer &

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO SEAL
(18-5860-JLR)
PAGE – 10

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

sickle symbol. Since this incident, ICE employees associated with the office reported having been followed and surveilled.

25. On August 13, 2019, one or more unidentified individual(s) fired at least three rounds of ammunition at the Jefferson Bank Building, which houses the ICE ERO San Antonio Field Office. One round impacted an ERO Operations Center window, striking the blinds and falling to the floor. While the office was occupied at the time by five ERO San Antonio Deportation Officers, no personnel were struck by the rounds and no injuries were reported.

26. On July 18, 2019, a social media user was identified as creating a Twitter account and posting personal data on a continuous and automatic loop (Twitter bot)—data which the Office of Personnel Management (OPM) released to the public through requests under the Freedom of Information Act (FOIA) prior to ICE's designation as a Security Agency (which now ensures that OPM withholds all relevant personally identifiable information (PII) of all ICE personnel under FOIA Exemption 6.) The previously released OPM data included the names, salaries, occupations and work locations of ICE and other DHS employees. The posting included a statement that the named employees are "part of the bureaucracy that is locking children and families in concentration camps at the border."

27. In December 2019, another man tweeted his support for violence directed at ICE, advocating "[w]e need to kill all ICE agents" and asked rhetorically "why can't mass shootings occur at @ICEgov buildings them [m****r-f*****s] need to get smoked." *See* https://www.nj.com/bergen/2019/12/we-need-to-kill-all-ice-agents-nj-man-posted-on-twitter-federal-agents-arrested-him.html. He then promoted violent behavior toward

DEFENDANTS' RESPONSE TO PLAINTIFF'S  
MOTION TO SEAL  
(18-5860-JLR)  
PAGE – 11

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

ICE by posting a euphemism from a Martin Scorsese film that refers to killing people. *See id.*

28. In February 2020, a social media user created a post on a popular social media outlet, which implored viewers to vote for which ICE employee residence to target with a residential demonstration.  Specifically, the post listed the names of two ICE employees (one law enforcement and the other non-law enforcement) and one ICE contractor.

29. On August 19 and 20, 2020, criminals targeted ICE offices in Portland vandalizing property, breaking windows, throwing rocks and glass bottles, and injuring some officers. *See* https://www.kgw.com/article/news/local/protests/protesters-rally-in-southwest-portland/283-2b0e9903-d8df-44bc-98e3-607a8f0f7931; https://www.kgw.com/article/news/local/protests/portland-protests-headed-toward-ice-facility-for-the-second-night-in-a-row/283-405c9a6f-0f47-46c0-a89b-4f337451d146.

30. From October 2018 to December 2023, OPR's Threat Management Unit reviewed over 22,000 online postings of potential threats against ICE employees and referred over 700 threats for further assessment.  Recent examples of threating posts and incidents include:

    a. In June 2020 a social media user posted a threat stating, "Abolish ICE…. Kill anyone who voluntarily signed up…I swear I'll choke you until there is no life in your eyes."

    b. In October 2020, a social media user posted a threat stating, "Go burn down an ICE facility."

    c. In October 2020, the HSI Tip Line received an email stating the following – "Based upon the continued use of your agents as agents of terror to the American public, we're going to become a terror to your agents.  After the

DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION TO SEAL
(18-5860-JLR)
PAGE – 12

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

attempted intimidation of a US citizen in Boston, expect to see your agents be more at risk than ever before. The Boston Bombing will be nothing compared to how much fear your office will be in when the public is done with you. Feel free to try and hunt me down to try and intimidate me but it's a path that you won't like the end of."

d. In January 2021, a social media user posted, "F**k around and kill some ICE agents this year.

e. In February 2021, a social media user posted, "If you feel bad about Gina go shoot a member of ICE, putting down ICE members is legal according to the constitution."

f. In March 2021, a social media user posted, "If you think that's scary, wait till you find out I am personally issuing each individual released with a printout of every ICE agent home address, and a map."

g. In June 2021, a demonstration occurred at the residence of an ERO employee in West Newbury, Massachusetts. During the demonstration, several individuals put up signs and body bags across the front law of the employee's residential property.

h. In July 2021, a social media user made a threatening post aimed at ICE Agents stating, "i will end all of you then kill myself and kill you again."

i. In September 2021, a social media user posted, "Also, many/most sheriff's departments are a complete sham, and, as always, ICE agents should be killed on sight."

DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION TO SEAL
(18-5860-JLR)
PAGE – 13

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

j. In October 2021, a social media user posted, "if i remember Django correctly, I'm supposed to find out where those ICE agents live and then whip them."

k. In October 2021, a social media user posted, "I support the 2nd amendment right to shoot members of ICE."

l. In January 2022, the TMU was made aware of racially charged comments towards the (A) Director, in which the social media user @TrumpWarRoom posted a message stating "Maybe this'll interest you guys..how about me targeting.."taking down" the Acting Director of I.C.E… US Immigration and Customs Enforcement..that fck!! .. Shoulda stuck to pickin cotton.. family history and all that."

m. In February 2022, a social media user posted, "im about to march up to an ICE agent and smack him."

n. In April 2022, ICE was notified about a possible Vehicle Borne Improvised Explosive Device threat to the ICE ERO detention facility, Nevada Southern Detention Center, in Pahrump, Nevada.

o. In May 2022, a social media user posted, "to whom it may concern - im nuking ICE headquarters."

p. In June 2022, a social media user posted, "Bombing ice agents trucks is rad."

q. In January 2023, a social media user called for people to attack federal courthouses, burn down police precincts, firebombing ICE detention centers and rioting in Atlanta.

r. In April 2023, the TMU was made aware of a specific threat to the HSI Office in Mobile, AL. An individual entered the HSI Mobile Office and threatened to

DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION TO SEAL
(18-5860-JLR)
PAGE – 14

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

        shoot up the office.  Subsequently, the subject left the office without firing any shots.

    s.  In May 2023, the TMU learned of a specific threat to HSI Office in Albuquerque, NM. Office.  An individual expressed homicidal ideations specifically related to the HSI office.

    t.  In June 2023, a social media user posted a message depicting a sniper shooting into a DHS Law Enforcement Vehicle and killing those inside.

31. Due to the increase in general and targeted harassment and threats, ICE has had to take extensive action to ensure the safety and security of ICE personnel reporting to work across the country, including but not limited to:  regularly advising employees on the necessary steps to take to enhance their personal safety and security; assessing the security posture at all satellite field offices; partnering with the Federal Protective Service (FPS) to ensure all FPS-recommended security countermeasures are implemented wherever feasible; engaging state/local partners to ensure prompt response when threats against agency personnel and/or facilities arise; and reassigning agency personnel to identify, investigate, and mitigate threats directed toward ICE employees, operations, and facilities.

32. From a personal standpoint, I can express how such incidents noted above directly impact the ICE workforce, where we constantly need to be vigilant and aware of our safety.  While law enforcement positions have an inherent level of risk associated with them, to be subjected to or have your fellow colleagues be subjected to targeted harassment is an added stress that adversely impacts our daily livelihood, our families, and our ability to effectively carry out the ICE mission especially when NWDC

Resistance's (La Resistencia's)[1] organizational mission is to abolish ICE entirely. La Resistencia 30(b)(6) Tr. 27:7-28:8; Dkt. 144.

### NON-PARTY PII

33. Documents also contain PII of the third parties, who are not parties to the complaint and who have not consented to public disclosure of their PII, pursuant to the DHS Privacy Policy (Exhibit A) or pursuant to the requirements set forth in the Privacy Act of 1974. The Policy extends the Privacy Act's protections to people regardless of their immigration status and shields from public disclosure any identifying information, including their names, dates of birth, and places of birth. Disclosure of the non-parties' personal information may intrude upon their personal privacy and possibly subject them to harassment or scrutiny from the public.

34. Attached as Appendix A are the exhibits currently under seal in which ICE has endeavored to redact lower-level employee information and non-party immigration information.

Executed on this 11th Day of December 2023.

**ROBERT GUADIAN JR**
Digitally signed by ROBERT GUADIAN JR
Date: 2023.12.11 16:55:56 -05'00'

Robert Guadian
Deputy Assistant Director for Field Operations
U.S. Department of Homeland Security (DHS)
U.S. Immigration and Customs Enforcement (ICE)
Enforcement and Removal Operations (ERO)

---

[1] Defendants understand that NWDC Resistance changed its name to La Resistencia.

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO SEAL
(18-5860-JLR)
PAGE – 16

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970