# APPENDICES FILED UNDER SEAL