# Exhibit B



PASTEBIN  + paste                                           SIGN IN   SIGN UP

**NWDC Nathalie Asher, Drew Bostock**                       f SHARE
A GUEST   APR 26TH, 2020   👁 1   ⏱ NEVER                   🐦 TWEET

ⓘ Not a member of Pastebin yet? **Sign Up**, it unlocks many cool features!

text  1.21 KB                                raw  download  clone  embed  report  print

```
 1. Field Office Director of Northwest Detention Center
 2.
 3.
 4. NATHALIE RAWLINS ASHER – ████████████████████████
 5.
 6. SS# ████████
 7.
 8. Address: ████████████████████████
 9.
10. Phone: ████████
11.
12. Facebook: ████████████████████████████
13. Timeline: ██████████████████
14. Photos:   ██████████████
15. About:    ████████████
16.
17. https://www.ice.gov/detention-facility/tacoma-northwest-detention-center
    https://archive.vn/srBmH
18.
19. Recent UW Center for Human Rights (UWCHR) reports on the conditions at NWDC:
20.
21. Introduction:
22. https://jsis.washington.edu/humanrights/projects/human-rights-at-home/conditions-at-the-northwest-detention-center/
23.
24. Sanitation of food and laundry concerns:
    https://jsis.washington.edu/humanrights/2020/03/27/nwdc-sanitation-of-food-laundry/
25.
26. Allegations of Medical Neglect:
27. https://jsis.washington.edu/humanrights/2020/04/16/nwdc-medical/
28.
29.
```

We use cookies for various purposes including analytics. By continuing to use Pastebin, you agree to our use of cookies as described in the Cookies Policy.  OK, I Understand