Case 3:18-cv-05860-JLR   Document 179-4   Filed 12/11/23   Page 1 of 2

# Exhibit C

