The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| NWDC RESISTANCE and COALITION OF ANTI-RACIST WHITES,<br><br>Plaintiffs,<br><br>v.<br><br>IMMIGRATION & CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | No. 3:18-cv-05860-JLR<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTIONS IN LIMINE |

Before the Court are Defendants' motions *in limine*, Dkt. 180. Having reviewed the record in this case, the Court GRANTS the motion.

DATED this _____ day of _____, 202\_\_.

_____
Hon. James L. Robart
United States District Judge

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTIONS IN LIMINE
[3:18-cv-05860-JLR] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Presented by:

TESSA M. GORMAN
Acting United States Attorney

*s/Katie D Fairchild*
KATIE D. FAIRCHILD, WSBA #47712

*s/Annalisa L. Cravens*
ANNALISA L. CRAVENS, TX Bar #24092298
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-7970
Fax: 206-553-4067
Email:   katie.fairchild@usdoj.gov
            annalisa.cravens@usdoj.gov

*Attorneys for Defendants*

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTIONS IN LIMINE
[3:18-cv-05860-JLR] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970