1

The Honorable James L. Robart

2

3

4

5

6

7       UNITED STATES DISTRICT COURT FOR THE
        WESTERN DISTRICT OF WASHINGTON
8                   AT SEATTLE

9

10   NWDC RESISTANCE and COALITION OF          Case No. 3:18-cv-05860-JLR
     ANIT-RACIST WHITES,

11                                             DECLARATION OF KATIE D.
                            Plaintiffs,        FAIRCHILD

12            v.

13   IMMIGRATION & CUSTOMS
     ENFORCEMENT, PATRICK J.
14   LECHLEITNER, in his official capacity as
     Deputy Director and Senior Official Performing
15   the Duties of the Director of Immigration and
     Customs Enforcement; and ALEJANDRO
16   MAYORKAS, in his official capacity as
     Secretary of Homeland Security,

17
                            Defendants.
18

19       I, Katie D. Fairchild, hereby declare as follows:

20       1.      I am an Assistant United States Attorney for the Western District of Washington.

21   I represent Defendants, in the above-captioned lawsuit.  As such, I am familiar with the records

22   and file in this matter.

23       2.      Attached as Exhibit A is a true and correct copy of a meet and confer email thread

24   dated February 7, 2023.

DECLARATION OF KATIE D. FAIRCHILD                          **UNITED STATES ATTORNEY**
[3:18-cv-05860-JLR] - 1                                    700 Stewart Street, Suite 5220
                                                           Seattle, Washington 98101-1271
                                                           206-553-7970

1   3.   Attached as Exhibit B is a true and correct copy of a meet and confer email thread

2   dated May 15, 2023, with attachment omitted.

3   4.   Attached as Exhibit C is a true and correct copy of a meet and confer email thread

4   dated June 26, 2023.

5   5.   Attached as Exhibit D is a true and correct copy of a meet and confer email thread

6   dated July 5, 2023.

7   6.   Attached as Exhibit E is a true and correct copy of a meet and confer email thread

8   dated August 22, 2023. Consistent with the agreement reflected in Exhibit E, Defendants did not

9   ask the 30(b)(6) deponents about unidentified individuals or a general reduction in membership

10   participation.

11   7.   Attached as Exhibit F is a true and correct copy of pertinent portions of the

12   deposition of Melesio Morales Mata, taken on September 22, 2023.

13   8.   Attached as Exhibit G is a true and correct copy of pertinent portions of the

14   deposition of Plaintiff Coalition of Anti-Racist Whites' Fed. R. Civ. P. 30(b)(6) representative,

15   taken on August 23, 2023.

16   9.   Attached as Exhibit H is a true and correct copy of  of pertinent portions of the

17   deposition of Plaintiff La Resistencia's Fed. R. Civ. P. 30(b)(6) representative, taken on August

18   28, 2023.

19   10.   Attached as Exhibit I is a true and correct copy of a document produced by Anti-

20   Racist Whites in discovery beginning with bates number CARW000503. It was redacted by

21   Plaintiffs' counsel for public filing.

22   11.   Attached as Exhibit J is a true and correct copy of a document produced by Anti-

23   Racist Whites in discovery beginning with bates number CARW000045. It was redacted by

24   Plaintiffs' counsel for public filing.

DECLARATION OF KATIE D. FAIRCHILD
[3:18-cv-05860-JLR] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1      12.     Attached as Exhibit K is a true and correct copy of a document produced by Anti-

2  Racist Whites in discovery beginning with bates number CARW000177. It was redacted by

3  Plaintiffs' counsel for public filing.

4      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

5  United States of America that the foregoing is true and correct to the best of my knowledge.

6      Executed in Seattle, Washington, on this 18th day of December, 2023.

*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA No. 47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: katie.fairchild@usdoj.gov

DECLARATION OF KATIE D. FAIRCHILD
[3:18-cv-05860-JLR] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970