# Exhibit C

**From:**    Fairchild, Katie (USAWAW)
**To:**    Kumar, Ambika
**Subject:**    NWDC Resistance v. ICE -- discovery agreement email?
**Date:**    Monday, June 26, 2023 2:16:00 PM

Hello Ambika,

I wanted to follow up to see if we can expect an email from you regarding our agreement regarding redactions/AEO designations and protecting third parties?

Thank you,
Katie