# Exhibit F



WASHINGTON:

```
   IN THE UNITED STATES DISTRICT COURT
 FOR THE WESTERN DISTRICT OF WASHINGTON
               AT SEATTLE
```

NWDC RESISTANCE AND COALITION OF ANTI-RACIST WHITES,

     PLAINTIFF,

VS.                        CASE NO.  3:18-CV-05860-JLR

IMMIGRATION & CUSTOMS ENFORCEMENT, TAE D. JOHNSON, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; AND ALEJANDRO MAYORKAS, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY,

     DEFENDANT.

_____

```
                        ZOOM DEPOSITION OF,
                        MELESIO MORALES MATA
       AND HOSTED BY COUNTY COURT REPORTERS, INC.

                    FRIDAY, SEPTEMBER 22, 2023
                                   10:07 A.M.

                  UNITED STATES ATTORNEY'S OFFICE
                              700 STEWART STREET
                                      SUITE 5220
                        SEATTLE, WASHINGTON 98101
```

```
 1                        APPEARANCES
 2   ON BEHALF OF THE PLAINTIFF,
 3   NWDC RESISTANCE AND COALITION OF ANTI-RACIST
 4   WHITES AND APPEARING BY ZOOM:
 5   VERONICA MURIEL CARRIONI, ESQUIRE
 6   DAVIS WRIGHT TREMAINE, LLP
 7   920 FIFTH AVENUE
 8   SUITE 3300
 9   SEATTLE, WASHINGTON 98104
10   TELEPHONE:  206.622.3150
11   E-MAIL:  AMBIKAKUMAR@DWT.COM
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1        A.    No, go ahead.
 2        Q.    I was going to say take all the time
 3   you need to read this paragraph that starts with
 4   the bullet points at Melesio Morales Mata, take
 5   all the time you need to read it and let me know
 6   when you're done.
 7        A.    Okay.
 8   (WHEREUPON, the Witness examined the document
 9   previously marked Exhibit-1 for identification.)
10        A.    Okay yes.  Yes, I read that.
11        Q.    Okay.
12        A.    I mean.
13        Q.    Now I want to focus on that last
14   sentence, it says although he continues to fear
15   retaliation, he recently began participating in
16   La Resistencia once again because he wants to
17   prevent others from facing the same retaliation
18   he endured.  Did I read that correctly?
19        A.    Yes.
20        Q.    And as I said, this discovery response
21   was provided to us by La Resistencia in this
22   litigation.  Was La Resistencia correct when they
23   indicated that you recently began participating
24   in La Resistencia once again because you want to
25   prevent others from facing the same retaliation
```

1  you endured?
2      A.   Like this like, the last part I would
3  say like not sure, because I don't feel like I'm
4  doing nothing right now, I'm just, I'm not
5  thinking of doing it, I mean, Wendy wanting to,
6  Wendy that it says after I recent, I mean Wendy
7  didn't want me to come back, he, she text me, or
8  call me, or like by messenger, but I would say
9  no, I'm, I'm not, I don't even say nothing, I
10 just don't want to deal right now with which is
11 my family, me and my family I worry about.
12     Q.   You want to focus on your family, your
13 work, and you right now?
14     A.   Yes, hundred percent.
15     Q.   Okay.
16     A.   And my kids, my kids, they do sports so
17 like I'm really, all the free time that I have is
18 for my kid's sports.
19     Q.   So the reason you don't want to
20 participate right now is because you want to
21 focus on your family, your kids, your work, and
22 yourself, is that correct?
23     A.   Well I'm not, that's, that's one thing
24 that I put on there, there are things like I got
25 scared, I got scared, that's the reality, they

```
 1         CERTIFICATE OF REPORTER AND SECURE ENCRYPTED
 2          SIGNATURE AND DELIVERY OF CERTIFIED TRANSCRIPT
 3         I, COLLEEN GREGORY-GETTEL, Notary Public, do
 4   hereby certify that the forgoing matter was reported
 5   by stenographic and/or mechanical means, that same
 6   was reduced to written form, that the transcript
 7   prepared by me or under my direction, is a true and
 8   accurate record of same to the best of my knowledge
 9   and ability; that there is no relation nor employment
10   by any attorney or counsel employed by the parties
11   hereto, nor financial or otherwise interest in the
12   action filed or its outcome.
13         This transcript and certificate have been
14   digitally signed and securely delivered through our
15   encryption server.
16         IN WITNESS HEREOF, I have here unto set my hand
17    this 3RD day of OCTOBER, 2023.
18
19
20   [signature: Colleen L. Gregory-Gettel]
21
22   /s/COLLEEEN GREGORY-GETTEL
23   COURT REPORTER / NOTARY
24   NOTARY REGISTRATION NUMBER:  7965787
25   MY COMMISSION EXPIRES:  07/31/2025
```

