# Exhibit G

WASHINGTON:



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

NWDC RESISTANCE AND COALITION OF
ANTI-RACIST WHITES,

     PLAINTIFFS,

VS                CASE NO. 3:18-CV-05860-JLR

IMMIGRATION AND CUSTOMS ENFORCEMENT, TAE D.
JOHNSON, IN HIS OFFICIAL CAPACITY AS ACTING
DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT;
AND ALEJANDRO MAYORKAS, IN HIS OFFICIAL CAPACITY
AS SECRETARY OF HOMELAND SECURITY,

     DEFENDANTS.

_____

DEPOSITION BY ZOOM,
AND HOSTED BY COUNTY COURT REPORTERS, OF
LEAH MONTANGE

WEDNESDAY, AUGUST 23, 2023
10:03 A.M.

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101

```
 1                        APPEARANCES

 2  ON BEHALF OF THE PLAINTIFF,

 3  NWDC RESISTANCE, AND APPEARING BY ZOOM:

 4  CHRIS SWIFT, ESQUIRE

 5  AMBIKA KUMAR, ESQUIRE

 6  DAVIS WRIGHT TREMAINE, LLP

 7  1300 SOUTHWEST FIFTH AVENUE

 8  SUITE 2400

 9  SEATTLE, WASHINGTON 97201

10  TELEPHONE: 503.276.5505

11  FACSIMILE: 503.432.7856

12  E-MAIL: CHRISSWIFT@DWT.COM

13  E-MAIL: AMBIKAKUMAR@DWT.COM

14

15  ON BEHALF OF THE DEFENDANT,

16  IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL,

17  AND APPEARING BY ZOOM:

18  YERIN CHO, ESQUIRE

19  MELISSA CLEMENTE, ESQUIRE

20  IMMIGRATION AND CUSTOMS ENFORCEMENT COUNSEL

21  500 TWELFTH STREET SOUTHWEST

22  SUITE 5600

23  WASHINGTON, DISTRICT OF COLUMBIA 20024

24  TELEPHONE: 703.603.3400

25
```

```
 1        A.   No, because he had been arrested on a

 2   DUI years prior, right, no months prior, and he,

 3   ICE wasn't taking any action, and they took

 4   action 36 hours after he spoke about ICE.

 5        Q.   Okay, and are you aware of his current

 6   status?

 7        A.   No.  I'm not.

 8        Q.   Claudia Rueda, what is CARW's

 9   understanding of her alleged...

10        A.   I think this was the daughter, I think

11   this is the one where she was, her mom was

12   detained.  Yeah.  And then, so then she became an

13   activist around immigration enforcement in

14   defense of her family member who had been

15   detained, which takes a lot of bravery.

16        Q.   And so...

17        A.   I remember, I remember reading about

18   this case, this is another one that I remember

19   first learning about from a pleading in our

20   lawsuit in 2018 and then reading more about it.

21        Q.   Okay.

22        A.   Yeah.  And just, it's just so sad.

23        Q.   And so, what did...

24        A.   He, they denied her bond, they didn't

25   give her bond.
```

```
 1      Q.    The Immigration Judge?

 2      A.    Yeah.

 3            MR. SWIFT:  Ms. Montange, please

 4   refrain from interrupting when counsel is

 5   speaking so that we can have a clear record here.

 6            DEPONENT:  Appreciate it.  Sorry.

 7      Q.    Yeah, to make, to clarify things, what

 8   exactly, so CARW is saying that she engaged in

 9   speech how exactly?

10      A.    She engaged in protests.

11      Q.    Okay, against ICE?

12      A.    For her mother's release.

13      Q.    Okay.  Okay.

14      A.    In defense of her mother.

15      Q.    And then as a result, how was she

16   allegedly targeted?

17      A.    Shortly after her mother's release, she

18   was arrested.

19      Q.    Okay.

20      A.    Shortly meaning less than a week.

21      Q.    And when was she protesting for her

22   mother's release?

23      A.    When?  You said when?

24      Q.    Yes.

25      A.    Yeah, this was in 2017.
```

```
 1        Q.   I'm looking for the time between the
 2   protest and her arrest, do you know that?
 3        A.   Oh.  I don't recall off the top of my
 4   head.
 5        Q.   Did CARW consider any other potential
 6   reasons that she may have been selected for
 7   enforcement?
 8        A.   No.
 9        Q.   And do you know her current status?
10        A.   I don't.  I know that she was denied
11   for DACA, she was eligible, but she was denied.
12   And so that's something that is also very
13   disappointing and I would question, but I don't
14   know what her current status is.
15        Q.   Okay and to be clear, you're not
16   claiming that ICE denied her DACA petition,
17   correct?
18        A.   No.  No.
19        Q.   Okay David Martinez Garcia, what is
20   CARW's understanding of his alleged speech and
21   alleged targeting?
22        A.   Yeah.  I remember when this one
23   happened, and this was last year.  And this was
24   someone who was protesting detention conditions
25   and he was threatened with solidarity, solitary
```

1  confinement unless he ended his hunger strike and

2  began to eat.  And he said that he would eat in

3  that case, he preferred to end the strike and not

4  go to solitary confinement, and the, the CO's

5  refused to provide him with food after that.

6      Q.    **Where was he detained?**

7      A.    Sorry?

8      Q.    **Where was he detained?**

9      A.    This was at the Northwest Detention

10  Center in Tacoma, Washington.

11      Q.    **Okay so when you referred to CO's, you**

12  **were referring to people employed by the GEO**

13  **Group?**

14      A.    This is, yeah, yeah, as far as I know

15  it was GEO Group officials, but I could be

16  incorrect about that.

17      Q.    **Okay.  Okay.**

18      A.    Yeah.

19      Q.    **And do you know anything about Mr.**

20  **Martinez Garcia's current status?**

21      A.    I don't.

22      Q.    **Melesio Morales Mata.**

23      A.    Mm-hmm (indicating affirmatively.) Yes.

24      Q.    **What is CARW's understanding of his**

25  **alleged speech and targeting?**

**CERTIFICATE OF REPORTER AND SECURE ENCRYPTED**

**SIGNATURE AND DELIVERY OF CERTIFIED TRANSCRIPT**

I, **GLORIA MORALES**, Notary Public, do hereby certify that the foregoing matter was reported by stenographic and/or mechanical means, that same was reduced to written form, that the transcript prepared by me or under my direction, is a true and accurate record of same to the best of my knowledge and ability; that there is no relation nor employment by any attorney or counsel employed by the parties hereto, nor financial or otherwise interest in the action filed or its outcome.

This transcript and certificate have been digitally signed and securely delivered through our encryption server.

IN WITNESS HEREOF, I have here unto set my hand this 31ST day of AUGUST, 2023.

**GLORIA ISABEL MORALES**

Court Reporter / Notary

Notary Registration Number: 2430654

My Commission Expires:   12/13/2026