# Exhibit I

|  |  |
|---|---|
| **From:** | Diana Falchuk |
| **To:** | Margery Muench |
| **CC:** | Jeanne Petty <​>;jessib <​>;Mara Child <​>;Marie Schwartz <​>;Tera Oglesby <​>;Rick Derksen <​>;Katie Parker <​> |
| **Sent:** | 3/12/2017 7:31:18 PM |
| **Subject:** | Re: Planning for NWDCR solidarity |

Hi all,

Thanks for these responses. This has been one of those weeks when I've worked all day at the City and then at night on consulting projects, so I'm way behind on other emails. Also, just to be real with you all, I've had to stop breastfeeding abruptly due to a nasty and stubborn case of thrush that has invaded our home for the last 5 weeks and finally just made it too painful to feed or pump. I was still feeding or pumping 4 - 5 times/day. So the cold turkey thing is doing a serious number on my body, hormones and all. Keeping it real!

It sounds like Margery and Jeanne are echoing some of the same concerns I have re: supporting NWDCR. Does anyone else feel that they do have the capacity to do it and have it be valuable? I think we could have some folks doing that, if they wanted to, but I also like the idea of continuing to build together. Whatever we decide, I think it will be important to get back to Luke before too long. Katie, is this something you would like to do or do you think it might be meaningful for one/some of the rest of us to follow-up with him, to continue that personal connection (regardless of what we decide)?

I am not able to go to the meeting on the 26th. My parents are in town from Boston for just a couple of days and I'm already leaving them for a few hours that day for work. I'm happy to get on the phone for a planning call, to help think through the sign making supplies and whether we might want a banner/large sign for our group, but I can't bottom line this one. I haven't heard anyone respond that they can bottom line. Do we have enough people to make it work?

Thanks,

Diana

On Mar 9, 2017, at 8:30 PM, Margery Muench <​> wrote:

Hi everyone,

I am grateful for the opportunity we had to learn about the NW detention center resistance efforts. However having heard Luke & Katie's description I feel somewhat doubtful that the impact my particular family might be able to make would outweigh the logistical difficulties and energy outlay it would take to get us all down there for the day, considering the ages of my kids

and also the fact that we have no car. I think this is probably not the best match for us at least at this time, though I'm most certainly supportive of anyone else working on it if they feel moved to.

I also wanted to share that I have been in touch with Sharyn Routh by email recently. She was at the first meeting we had at Jessi's and mentioned ideas in our small group discussion and later by email about organizing a teach-in for kids, and potentially a workshop about racism for white parents, either or both possibly in conjunction with the group Families of Color Seattle (FOCS) with which she has connections.

Also, from her email regarding the teach-in idea she mentioned that:

"there's an organization in Oakland that has organized teach-ins for kids ages 4-10 on "Play, Power, And Privilege" and "Reconstructing History, Deconstructing Power" -- we could reach out to them and see if they'd be willing to share some of the resources they used in organizing these events (for more info, see their website:http://abundantbeginnings.org/calendar)"

She and I are planning to get together one evening either Friday or Saturday this week or else in early April to talk it over more. If any of you have thoughts to share on this or would like to join us let me know.

I followed up with Sharyn because I didn't want her suggestions to get lost and because I also have energy for these ideas right now. I have friends from other parts of my life who are interested in our parenting group as well but who also have slightly older kids like mine and I think this might be a good fit for us to work on together at this time.

Regarding European Dissent leadership meetings, I am willing to join in attending one of these with others from our group. I could probably do a Tuesday evening in April or beyond.

And as for the meeting this month, I am not available on Sunday the 26th, but am happy for others to meet then if it works out.

Phew, I hope that covers everything 😀

Margery


On Mar 8, 2017, at 1:16 PM, "Jeanne Petty" <​███████████████​> wrote:

Thanks Diana,

I love the information we got from Luke at the last meeting, but don't feel like we currently have the resources to commit to our own solidarity day. I would definitely be open to planning to

CONFIDENTIAL   CARW000504

support another solidarity day, working with another church group or organization. It sounded like Luke was willing to connect us with some people who might welcome that support.

I would also like to work more directly with POC led organizing, maybe we should ask our membership what other connections we might have among us? Being closer to home also makes it easier for me to include my children and be more available on short notice.

I was at the ED meeting on Monday and shared a little bit about our group with everyone. I would love to go to a leadership meeting, but the only Tuesday I could do between now and April 25th would be March 21st. Diana, if that works for you I'd be happy to join you.

Finally, we have options for the next meeting 1) at Jessi's space on Saturday the 25th in the afternoon OR 2) Aaron and Megan's church has offered us their space and it's available Sunday the 26th in the afternoon, say 2-4pm or 3-5pm either day.

I'm trying to get something set with Aaron for the 26th right now, but welcome any thoughts/feedback. My hope was to send an email to the larger group with a day/time by Friday.

Does anyone have availability to step up and plan this meeting? I'm finding myself a little overcommitted, in large part due to my commitment to my daughter's Girl Scout troop as the resident product manager (new name for what was previously called the 'cookie Mom' :)) We talked about making posters together and some discussion/planning around attending upcoming marches as a group.

Thanks!
Jeanne

On Tue, Mar 7, 2017 at 9:13 PM, Diana Falchuk <​██████████████​> wrote:
Hi all,

I hope you're all doing well and smelling/hearing the signs of spring around us. I am so excited that it's daylight savings this Sunday!

How are you all feeling about what we learned from Luke about how we might support NWDCR?

I feel like starting by showing up at an existing solidarity day is a good way to begin, but to be honest, I'm feeling a little uncertainty about going to Tacoma, given how challenging that is for Zev, and not wanting to take too much time away from him on the weekends (which is the only time I get to spend with him). I know there are different roles we can play, including supporting the group that is able to go down on a weekend day, and I'm feeling like, in this context, that may be a better role for me. I'm happy to help plan, support a sign making activity, make food, etc.

I'd love to know where you're all at.

CONFIDENTIAL

I do also really want to do more direct work in solidarity with POC-led organizing and wonder what that would look like a little closer to home.

Lastly, I want to re-visit the idea of going to a European Dissent Leadership meeting on a Tuesday soon. Are any of you interested in that as well? The next few Tuesdays are likely options for me. Megan had suggested that 2 - 3 of go. If you're interested, let me know, and we can talk about a date that's good for us and the E.D. Leadership group.

Thanks and love,

Diana

CONFIDENTIAL CARW000506