# Exhibit J

| | |
|---|---|
| From: | Leah Montange <​> |
| To: | Migrant Justice Solidarity Group general <​> |
| Sent: | 1/21/2018 8:01:43 PM |
| Subject: | meeting notes - Migrant Justice Solidarity Group banner painting & meeting, this Sunday (1/21) |

January 21 meeting
Luke, Ben, Stephanie (1st meeting), Claire, Sage (1st meeting), Toetie (2nd meeting), Leah, Meegan (2nd meeting), Peter, Katie on FaceTime

Next meetings: Feb 25, March 25
Other dates: February 4 - People's Tribunal
February 11 - Solidarity day
February 25 - banner painting (possibly Leah and Claire and others will do some work on it the weekend before too).


Orientation for new folks
-brief history of the group and its relationships with migrant justice groups in the area
-NWDCR
-solidarity days at detention center and supporting other actions as they come up

Situation with Maru's Notice to Appear:
http://crosscut.com/2018/01/ice-targets-maru-mora-prominent-immigration-activist-for-deportation-trump/

People have asked us what you can do to help.

Here is the support that Maru has asked for. Follow these links:

1) Donate to Maru's deportation defense fund. Donations will be used to support Maru in her fight against ICE, including organizing costs, legal costs, and emergency costs in case of Maru's detention.
https://www.youcaring.com/marumoravillalpando-1071888

2) Sign this petition and share it:
https://action.mijente.net/.../ice-serves-deportation-notice-...

3) Donate to NWDC Resistance. We are not backing down in our fight against detention and deportation.
www.nwdcresistance.org/donate

4) Now more than ever, be present in NWDC Resistance's actions. The next one coming up is our 3rd Annual People's Tribunal on February 4th at noon at the Northwest Detention Center.
https://www.facebook.com/events/2006428029682183/

#MaruVersusICE #ICEfreeWA #ICEfreeUSA


People's Tribunal – February 4, 12pm-3pm or even 4pm outside the detention center.

People give testimonies, then there is deliberation and the judges give a report.

-Ask CARW to post the people's tribunal

-Try to help with organizing the carpools from Seattle to the tribunal – a couple CARW people should commit to posting for people who need rides on the Facebook page, and we can make sure everyone from our solidarity group has a ride.

-this would normally be the weekend we have our solidarity day. Should we do another solidarity day in February?  A couple people said they have energy for it.  3rd weekend and 4th weekend are open for a solidarity day…

-Meegan and Peter can do a February 11. Ben can go, Leah can potentially go and talk to the group.


Katie's agenda item:

From the education team. The organizing collective and the education team met together on Thursday team. Will have a strategy session in February or March to make plans on how to best serve CARW as the ed team. Will be an invite that goes out to solidarity groups. But they are looking for input from the solidarity groups to inform the strategic planning.

-can ed team do work on recruitment?

-on developing content for understanding the political context we are in now?

We are the experts in migrant justice more than the ed teams. So, the question would be how can the ed team support a project that the migrant justice group would want to take on??

Ed team so far has been putting on Anti-Racism Chapter One meetings. Working on the Leadership Hub.

Brainstorming for what ed team could work on –

-movie series

-book group fundraisers

-partnering with SJF to do a workshop

-doing CARW trainings out in the neighborhoods where our solidarity groups work


WAISN

-CARW solidarity group consented to joining network and distributing network materials.

**-Leah will sign us up and also message the listserve about how to be on the rapid response.**


Pen Pal network

**-Toetie would be interested in getting in touch with Murphy about helping out with the pen pal network.**

-I will send out information to the group about how to sign up for a pen pal.


THE NEWS!!!!

-1 year after the executive orders (The Intercept article).  Talked about the border arrests vs interior arrests.

-talked about TPS

-DACA is open for renewals right now, but its not being pushed by the organizations as hard and there aren't as many scholarships available.

-we talked about all the things, updating each other.

Bad news about ICE and data:
https://www.revealnews.org/article/ice-plans-to-outsource-data-collection-on-500000-people-a-month/


On Wed, Jan 17, 2018 at 10:04 PM, Luke Quinn <​​​​​​​​​​​​​​​​> wrote:
Hi Leah

Kristy asked about bringing children to the meeting. Since it is at your place, I thought I'd check in with you.

Katie has brought Frankie a few times (but not really since she's been over 1) - now she usually leaves a little early to be home for bedtime.


---------- Forwarded message ----------
From: **Kristy Copeland** <​​​​​​​​​​​​​​​​>
Date: Wed, Jan 17, 2018 at 4:38 PM
Subject: Re: Migrant Justice Solidarity Group banner painting & meeting, this Sunday (1/21)
To: Luke Quinn <​​​​​​​​​​​​​​​​>


i will try to come to sunday's meeting esp since it's in north seattle closer to me but will have to see how kids are doing that day to decide. do you know if it would be okay to bring kids (ages 2 and 4) to meeting? alternatively, i may be able to stop by for a shorter time without them - do you know which portion of the 5-8pm is the actual meeting discussion?

i will also try to come to Feb 4 event.

On Wed, Jan 17, 2018 at 4:30 PM, Luke Quinn <​​​​​​​​​​​​​​​​> wrote:
Thanks for the update, Kristy. If I can find out I will let you know, but yeah a lot going on right now.

On Wed, Jan 17, 2018 at 4:26 PM, Kristy Copeland <​​​​​​​​​​​​​​​​> wrote:
hey luke,

i wanted to give you an update on my conversation with Peter from December. it sounds like bail bond would not be part of this bill because some of the sponsoring folks think it would be legally challenged since there is no legal precedent in the nation right now. however, there is the possibility of including a "bail bond feasibility study". i know there is a lot going on with Maru right now (i was at the press conference yesterday). however, if you have a chance to ask NWDet Center about this, i'm curious whether or not they would want us to support the legislation if it included that feasibility study. for now, i'm assuming we are not going to support

the bill (given what their last response was).  however, please let me know asap if anything changes.

i'm happy to talk anytime this week or next if you have further questions or want more details.

thank you!
kristy

On Tue, Jan 16, 2018 at 11:32 AM, Luke Quinn <███████████████> wrote:
Hi All

First, if you caught the press conference this morning or some of the news coverage, you know that Maru Mora (activist and organizer with NWDC Resistance and many other local and national movements) is under threat of deportation proceedings based on a Letter to Appear she received in December.  The first thing you can do is sign and share this petition.  More to follow for sure.

Second, this Sunday will be the monthly meeting for the Migrant Justice Solidarity Group of CARW.  Proceeding the meeting will be a banner painting event at the same location (if you have paint - especially bold visible colors - and brushes to offer, please bring).

Date: Sunday, January 21st

Location: Leah M's place
██████████████████████████████
      note: banner painting likely in the garage

*Potluck items appreciated for both events to share*

Banner Painting: 2pm - 5pm (drop in welcome)
Meeting: 5pm - 8pm (preferred to attend full time if possible)

please send me agenda items for the meeting if you have any

Save the Date: People's Tribunal against the NWDC, Sunday February 4th 12-3pm outside the NWDC



██

████████████████████████

--
You received this message because you are subscribed to the Google Groups "Migrant Justice Solidarity Group general" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ████████████████████████████████████████████████████████.
To post to this group, send email to ████████████████████████████████████████.
To view this discussion on the web visit ███████████████████████████████████████████████████████████████████████████████████████████████████████.
For more options, visit https://groups.google.com/d/optout.

CARW000049