# Exhibit K

| | |
|---|---|
| **From:** | Alex Cartland ▮ |
| **To:** | Katie Parker ▮ |
| **Sent:** | 10/4/2020 6:33:25 PM |
| **Subject:** | Re: Oct 5-9: SIGN UP for Community Watch at NWDC |

Thanks Katie! (This is off-list.)

My number is ▮

On Sun, Oct 4, 2020 at 6:24 PM Katie Parker <▮> wrote:
Thanks, Alex! I'm pretty sure people who are attending are traveling from Renton and Tacoma so far.
I'll be in touch if a ride turns up.

On Sunday, October 4, 2020, Alex Cartland <▮> wrote:
Hi! I could go tomorrow (Monday) but I need a travel buddy.

On Sun, Oct 4, 2020 at 6:15 PM Katie Parker <▮> wrote:
Hi friends

If anyone is up for attending tomorrow (Monday), that is especially needed/helpful. Resistencia is really low on support people tomorrow. Maybe Alex? Or others?

We also have Rosa and Eli on for Wednesday. Thank you!!

Katie

On Sunday, October 4, 2020, Eli Zavatsky <▮> wrote:
Wednesday at 12, see you there rosa!

On Sat, Oct 3, 2020 at 4:45 PM Peter Strand <▮> wrote:
Thanks!

On Sat, Oct 3, 2020 at 4:37 PM Rosa Palumbo <▮> wrote:
Peter, go ahead and put us down. And i can be the contact point, if you need one.

On Sat, Oct 3, 2020, 4:21 PM Alex Cartland <▮> wrote:
Hi all, I haven't been active in this group for some time, but I do have the capacity to be present one day this week.

CONFIDENTIAL

I'm unclear exactly what our role is expected to be, as we can only stand outside, but happy to be a presence as asked. And to learn from La Resistencia how to be of further help.

On Sat, Oct 3, 2020 at 4:04 PM Peter Strand < ██████████ > wrote:
Can I go ahead and put you all down for Wednesday? Sounds like Rosa and Eli could both be there!

On Sat, Oct 3, 2020 at 1:36 PM Suzanne Bottelli < ██████████ > wrote:
Hi All,

I am still across the country with my father, but please let me know if there are specific ways I can help to spread the word.

Suzanne

On Sat, Oct 3, 2020 at 3:31 PM Erica Weiland < ██████████ > wrote:
Hi all! I'm continuing this thread just among our solidarity group to

cut down on emails to the Resistencia organizers. Who is available

next week and what days? Unfortunately I'm again probably not able to

help in person.

On Sat, Oct 3, 2020 at 10:40 AM Peter Strand < ██████████ > wrote:

>

> Hi CARW friends!

>

> This is Peter from La Resistencia/CARW. I hope that you're all finding ways to stay connected to loved ones and engaged in movement these days.

>

> This isn't public yet, but we got word yesterday that there's going to be an inspection at the Northwest Detention Center Oct 4-9. We want to have a presence outside the detention center every day this week because we know this inspection is a sham. Detained people have been exposing the reality of the abysmal conditions inside for years, and just a few days ago we got word that dozens of folks inside were in quarantine following potential exposure to COVID-19. We need community's eyes on the facility this week to ensure that ICE/GEO can't use this inspection to legitimize their inhumane practices. We are hoping that partner groups like ADV will sign up to be outside the facility from 12-2pm one day this coming week. There will also be members of the Resistencia team on site every day, and we'll take care of messaging and visuals.

>

> If your group has capacity to participate in this week of action, please respond to this e-mail by and sign up here for a slot by Sunday night. Please feel free to reach out to me with questions [Redacted]

>

> FUCK ICE!!

> Peter

>

> --

**Redacted**

CONFIDENTIAL
CARW000179

Redacted

--

Redacted

--

Redacted

CONFIDENTIAL            CARW000180

**Redacted**

**Redacted**

CONFIDENTIAL
CARW000181

**Redacted**

CONFIDENTIAL CARW000182