UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NWDC RESISTENCE and COALITION OF
ANTI-RACIST WHITES,

                Petitioners,

      v.

IMMIGRATION & CUSTOMS
ENFORCEMENT, et. al.,

              Respondents.

CASE NO. 3:18-cv-05860-JLR

DECLARATION OF
GEOFFREY WHITE

I, Geoffrey White, hereby make the following declaration with respect to the above-captioned matter:

1.      I am an Assistant Field Office Director ("AFOD") with the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO") in the Seattle Field Office ("ERO Seattle").  I have held this position since May 2023.  Prior to this, I was a Supervisory Detention and Deportation Officer ("SDDO") from June 2013 to May 2023 at the Yakima Sub-Office.  I am currently assigned to the Northwest ICE Processing Center ("NWIPC") in Tacoma, Washington.  I have worked in various other positions within ICE since August 2005.

2.      Among my responsibilities as the AFOD, I manage the detained docket for the non-citizens who are detained at the NWIPC.  This declaration is based upon my personal and professional knowledge and information obtained from various records and systems maintained

by DHS and The GEO Group, Inc. in the regular course of business.  I provide this declaration based on the best of my knowledge, information, belief, and reasonable inquiry for the above captioned case.

3.      The NWIPC is a private detention center owned and operated by The GEO Group, Inc. ("GEO") on behalf of ICE.  GEO is an independent contractor that provides the facility, management, personnel and services for 24-hour supervision of immigrant detainees in ICE custody at the NWIPC.  GEO personnel, including all the guards at the NWIPC, are not employed by ICE.  The NWIPC operates pursuant to the Performance-Based National Detention Standards 2011 ("PBNDS").  *See* PBNDS, available at: https://www.ice.gov/detention-standards/2011.

4.      The PBNDS is a performance-based contract, which is a results-oriented method of contracting focused on outputs, quality, and outcomes.  Performance-based contracts do not designate how a contractor is to perform the work, but rather establishes the expected standards to be met, outcomes and results that the government expects.  It is then the responsibility of the contractor to meet the government's requirements.

5.      Medical care at the NWIPC is overseen by the ICE Health Services Corps ("IHSC"), which provides medical services through a combination of U.S. Public Health Service Commissioned Corps ("USPHS") officers, federal civil servants, and contract health professionals.

6.      The PBNDS requires each facility to have written policy and procedures for a detainee grievance system.  As required by the PBNDS, each detainee is provided with the ICE National Detainee Handbook, as well as the local supplement to the National Detainee Handbook.  The local supplement provides the written grievance procedure at the NWIPC.

7.     Detainees are permitted to file a grievance against GEO or related to any services GEO provides at any time.  Informal grievances can be submitted either verbally or in writing via a Tablet.  Formal grievances can be submitted via Tablet or via paper.  Formal grievances can be appealed to the Grievance Appeal Board, and if dissatisfied with the decision, individuals can appeal to the GEO Facility Administrator.  A detainee dissatisfied with the final decision from the Facility Administrator is afforded the right to communicate directly with ICE.

8.     Detainees may also file medical grievances.  Medical grievances will be reviewed by the Medical Administrative Staff.  Any appeal of medical grievances is addressed by the IHSC Health Services Administrator.

9.     Misconduct grievances can be filed with the entity that the claimed offender works for.

10.    Misconduct grievances of ICE employees can be reported directly to ERO headquarters or the DHS Office of the Inspector General.  Complaints about ICE employee misconduct can be submitted by calling 1-800-323-8603 or by writing to the DHS Office of Inspector General.

11.    Complaints and misconduct can also be reported by calling the Detention Reporting and Information Line (DRIL).  The DRIL is a toll-free service that provides a direct channel for detainees to communicate directly with ERO to answer questions and resolve concerns. Operators are available 8 am to 8 pm ET Monday through Friday.

12.    Consistent with the PBNDS, GEO manages detainee access to email, telephone calls, and video calls.

13.    PBNDS lays out the procedures that are followed when a detainee engages in a hunger strike. *See* PBNDS, Standard 4.2.

14.     A "hunger strike" is defined in PBNDS 7.5 as a "voluntary fast undertaken as a means of protest or manipulation."  The same detention standard states that "[w]hether or not a detainee actually declares that he or she is on a hunger strike, staff are required to refer any detainee who is observed to not have eaten for 72 hours for medical evaluation and monitoring."  ICE hunger strike protocol is specifically governed by PBNDS 4.2. Under this protocol, a detainee is considered to be on a hunger strike when the detainee is observed not to have eaten for 72 hours.  *See* PBNDS 4.2(V)(B)(1).  In practice, this means that a detainee must not eat nine consecutive meals to be deemed to be on a hunger strike.

15.     Per the detention standards, all facilities must notify the local ICE Field Office Director or his/her designee when a detainee begins a hunger strike.  *See* PBNDS 4.2(V)(B).

16.     When a detainee is deemed to meet the standard for being on a hunger strike, ICE initiates the hunger strike protocol in PBNDS 4.2, which sets forth a very specific process.  This includes admitting the detainee to the medical housing unit for monitoring the detainee's food and liquid intake, medical monitoring, mental health assessment as well as advisals regarding the medical risks associated with refusal of treatment and "reasonable efforts to educate and encourage the detainee to accept treatment voluntarily."  PBNDS 4.2(V)(D), (E).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this December 18, 2023.

GEOFFREY S WHITE
Digitally signed by
GEOFFREY S WHITE
Date: 2023.12.18
12:12:29 -08'00'

Geoffrey White
Assistant Field Office Director
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
Tacoma, WA