UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NWDC RESISTANCE, et al.,<br><br>                    Plaintiffs,<br><br>       v.<br><br>IMMIGRATION & CUSTOMS<br>ENFORCEMENT, et al.,<br><br>                    Defendants. | CASE NO. C18-5860JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiffs La Resistencia (formerly NWDC Resistance) and Coalition of Anti-Racist Whites ("CARW") (together, "Plaintiffs") motion to seal certain documents they filed in support of their response to Defendants Immigration and Customs Enforcement ("ICE"), Acting Director of ICE Patrick J. Lechleitner, and

MINUTE ORDER - 1

Secretary of Homeland Security Alejandro Mayorkas (collectively, "Defendants"[1]) motion for summary judgment. (MTS (Dkt. # 168); *see* MSJ Resp. (Dkt. ## 170 (sealed), 174 (redacted)).) In their response to Plaintiffs' motion to seal, filed on December 11, 2023, Defendants state that they have been working with Plaintiffs to reach an agreement regarding whether to redact or seal certain documents to protect the identities of ICE employees. (MTS Resp. (Dkt. # 178) at 4-5 & n.2; *id.* at 6; Guadian Decl. (Dkt. # 179) ¶ 34, App'x A (Dkt. # 180 (sealed)) (including proposed redactions to documents filed under seal "in which ICE has endeavored to redact lower-level employee information and non-party immigration information").) Defendants stated that they would inform the court "[o]nce the parties reach an agreement on specific redactions" (MTS Resp. at 5 n.2), but to date neither party has filed such an update (*see generally* Dkt.). Plaintiffs did not file a reply in support of their motion to seal. (*See generally* Dkt.)

Based on the foregoing representations, the court ORDERS Defendants to file, by no later than **January 3, 2024**, a report regarding the status of their discussions with Plaintiffs regarding proposed redactions to the documents included in Appendix A to the Guadian declaration. The report shall inform the court whether the parties have reached an agreement regarding redaction of the exhibits that Plaintiffs filed under seal and, if so, how the parties would like the court to proceed with respect to redaction or sealing of non-party information. If the parties have not reached an agreement, Defendants shall

---

[1] Mr. Lechleitner and Mr. Mayorkas are automatically substituted as Defendants pursuant to Federal Rule of Civil Procedure 25(d).

inform the court of their preference regarding redaction or sealing of the documents at issue in Plaintiffs' motion to seal.

Filed and entered this 26th day of December, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 3