The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NWDC RESISTANCE and COALITION OF ANTI-RACIST WHITES,<br><br>Plaintiffs,<br><br>v.<br><br>IMMIGRATION & CUSTOMS ENFORCEMENT, MATTHEW T. ALBENCE, in his official capacity as Acting Director of Immigration and Customs Enforcement; and KEVIN MCALEENAN, in his official capacity as Acting Secretary of Homeland Security,<br><br>Defendants. | No. 3:18-cv-05860-JLR<br><br>**DECLARATION OF AMBIKA KUMAR IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL**<br><br>Noted for Consideration: January 19, 2024 |

I, Ambika Kumar, declare as follows:

1. I am a partner in the law firm Davis Wright Tremaine LLP, counsel for Plaintiffs. I make this declaration from personal knowledge.

2. On January 2, 2024, the deadline to file Plaintiffs' response to Defendants' Motions in Limine, I called counsel for Defendants, Katie Fairchild. I explained that Plaintiffs intended to file certain materials Defendants had designated as either "CONFIDENTIAL" or "ATTORNEYS' EYES ONLY" under the Stipulated Protective Order (Dkt. 37), and that we would seek an order sealing that information. Ms. Fairchild agreed to review the materials to determine if Defendants would remove the designations.

DECLARATION OF AMBIKA KUMAR ON MOTION TO SEAL - 1
(3:18-cv-05860-RBL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1   I declare under penalty of perjury that the foregoing is true and correct.

3   Executed this 2nd day of January, at Seattle, Washington.

*s/ Ambika Kumar*
Ambika Kumar, WSBA #38237

DECLARATION OF AMBIKA KUMAR ON MOTION TO SEAL - 2
(3:18-cv-05860-RBL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax