1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10

NWDC RESISTANCE, et al.,

CASE NO. C18-5860JLR

11

                    Plaintiffs,

ORDER GRANTING SUMMARY
JUDGMENT AND VACATING
THE TRIAL DATE

     v.

12
13

IMMIGRATION & CUSTOMS
ENFORCEMENT, et al.,

14

                Defendants.

15
16

    Before the court is Defendants United States Immigration and Customs

17

Enforcement ("ICE"), Acting Director of ICE Patrick J. Lechleitner, and Secretary of

18

Homeland Security Alejandro Mayorkas's (collectively, "Defendants"[1]) motion for

19

summary judgment.  (MSJ (Dkt. # 161); MSJ Reply (Dkt. # 175).)  Plaintiffs La

20

Resistencia (formerly known as NWDC Resistance) and Coalition of Anti-Racist Whites

21
22

---

[1] Mr. Lechleitner and Mr. Mayorkas are automatically substituted as Defendants pursuant
to Federal Rule of Civil Procedure 25(d).

ORDER - 1

1 ("CARW") (together, "Plaintiffs") oppose Defendants' motion.  (MSJ Resp. (Dkt. ## 170

2 (sealed), 174 (redacted)).)  The court has considered the motion, the parties' briefing in

3 support of and in opposition to the motion, the relevant portions of the record, and the

4 governing law.  Being fully advised,[2] the court GRANTS Defendants' motion for

5 summary judgment (Dkt. # 161) and VACATES the trial date and all remaining pretrial

6 deadlines.  A written order setting forth the court's analysis will follow.

7       Dated this 4th day of January, 2024.

10 JAMES L. ROBART
United States District Judge

---

[2] Neither party has requested oral argument (*see* MSJ at 1; MSJ Resp. at 1) and the court finds that oral argument would not be helpful to its resolution of the motion, *see* Local Rules W.D. Wash. LCR 7(b)(4).