The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| NWDC RESISTANCE and COALITION OF ANTI-RACIST WHITES,<br><br>                         Plaintiffs,<br><br>         v.<br><br>IMMIGRATION & CUSTOMS ENFORCEMENT, *et al.*,<br><br>                         Defendants. | No. 3:18-cv-05860-JLR<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTIONS IN LIMINE, DKT. 181, AND RESPONSE TO MOTION TO SEAL DOCUMENTS, DKT. 185** |
|---|---|

### I.   Defendants Withdraw Their Motions in Limine, Dkt. 181

Defendants file this notice to withdraw their motions in limine, Dkt. 181. *See* LCR 7(l).[1] Following this Court's order granting Defendants' summary judgment and vacating "the trial date and all remaining pretrial deadlines," Dkt. 191, Defendants understand that their motions in limine are now rendered moot in any event and no ruling is anticipated.

However, in an abundance of caution, to conserve judicial and party resources, and to make clear that there is no live issue with respect to the motions in limine, Defendants are filing

---

[1] Pursuant to the Local Rules, Defendants will also call chambers to notify the Court that the motions in limine have been withdrawn. *See* LCR 7(l).

DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTIONS IN LIMINE AND RESPONSE TO MOTION TO SEAL DOCUMENTS (3:18-cv-05860-JLR) – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

this notice under LCR 7(l).[2] Because the motions in limine are withdrawn, there should be no need for the Court to consider Plaintiffs' opposition and associated motion to seal, Dkt. 185.[3] Instead, the Court may strike Defendants' motions in limine along with Plaintiffs' response and the declarations and motion to seal associated with the withdrawn motion, Dkts. 181-183, 185-189. *See* LCR 7(g) (filings may be stricken). As these filings may be stricken, Defendants understand that the Court would not need to consider the motion to seal, Dkt. 185, and no response would be needed.

Defendants' counsel contacted Plaintiffs' counsel to try to reach agreement on this issue. Defendants understand that Plaintiffs agree that this Court need not consider any motions in limine, and that Defendants' may withdraw their motions in limine, but that Plaintiffs believe that withdrawing the motions in limine does not moot the associated motion to seal the exhibits filed with Plaintiffs' opposition. But because there is no need for this Court to consider the withdrawn motions in limine, there is no need for this Court to consider Plaintiffs' opposition and associated filings. This Court should strike them or issue an order declaring them moot, and Defendants request that the exhibits at issue be withdrawn from the record. *See* LCR 5(g)(6) (indicating that "the court [may] withdraw the document from the record rather than unseal it").

**II.    Alternatively, if Consideration of the Motion to Seal is Necessary, the Parties have Agreed to Redact Certain Federal Employee and Non-Party Information**

Alternatively, in the event that this Court determines that it should consider the motion to seal, the parties have reached an agreement to *redact* (rather than seek to seal) certain information.

---

[2] Though it is not anticipated, if a trial ever were to become necessary in this case, Defendants respectfully reserve the right to reurge their motions in limine then.

[3] This response is limited to Plaintiffs' second dotion to seal, concerning Exhibit F to the Declaration of Ambika Kumar, Dkt. 189.

*See* LCR 5(g) (parties should consider a less-restrictive alternative to sealing).[4] Defendants' reasons for requesting protection of information are those set forth in the Declaration of Robert Guadian. Dkt. 179 ¶¶ 1-33. If this Court determines that it should consider Plaintiffs' opposition to the motions in limine and associated motion to seal, Dkt. 185, Defendants agree that Plaintiffs may file Exhibit F of the Kumar Declaration with the agreed redactions.[5]

### III.   Conclusion

For the foregoing reasons, Defendants provide this Court with notice that they are withdrawing their motions in limine and respectfully request that this Court strike as moot Defendants' motions in limine along with Plaintiffs' response and the declarations and motion to seal associated with the withdrawn motion, Dkts. 181-183, 185-189. Accordingly, as no ruling is needed, Defendants request that the exhibits at issue be withdrawn from the record. *See* LCR 5(g)(6).

Alternatively, if this Court considers the motion to seal, Dkt. 185, the parties have reached an agreement to redact information as set forth above, and Defendants agree that Plaintiffs may file the documents at issue with the agreed redactions.

//
//
//
//
//
//

---

[4] To the extent that the Court does not believe that the motions in limine are moot, or intends to rely on any declaration or document filed with them in connection with the Court's forthcoming summary judgment ruling, Defendants would also agree that Plaintiffs may file the documents at issue with the agreed redactions.

[5] Rather than file more documents on the docket, Defendants will provide the agreed redactions at this Court's request.

1  DATED this 16th day of January, 2024.

2

3                                                            TESSA M. GORMAN
                                                             United States Attorney

4                                                            *s/Katie D. Fairchild*
                                                             KATIE D. FAIRCHILD, WSBA #47712
5                                                            ANNALISA L. CRAVENS, TX Bar #24092298
                                                             Assistant United States Attorneys
                                                             United States Attorney's Office
6                                                            700 Stewart Street, Suite 5220
                                                             Seattle, Washington 98101-1271
7                                                            Telephone: 206-553-7970
                                                             Fax: 206-553-4067
8                                                            Email: katie.fairchild@usdoj.gov
                                                                       annalisa.cravens@usdoj.gov

9                                                            *Attorneys for Defendants*

10                                                           I certify that this memorandum contains 815 words,
                                                             in compliance with the Local Rules.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTIONS IN
LIMINE AND RESPONSE TO MOTION TO SEAL DOCUMENTS
(3:18-cv-05860-JLR) – 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970